LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034



FILED

MAR 1 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff John C. Rezner



E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

E-filing



RMW

HRL

JOHN C. REZNER, an individual,

    Plaintiff,

    v.

BAYERISCHE HYPO-UND VEREINSBANK
AG, a corporation; HVB STRUCTURED
FINANCE, INC., a corporation; HVB AMERICA,
INC., a corporation; HVB CAPITAL MARKETS,
INC., a corporation; HVB RISK MANAGEMENT
PRODUCTS, INC., a corporation; DOMENICK
MARIO DEGIORIO, an individual; RANDALL S.
BICKHAM, an individual; SKYLINE
ADVISORY SERVICES, LLC, a limited liability
corporation; and DOES ONE THROUGH
THIRTY, inclusive;

    Defendants.

Case No.

C 06 2064

NOTICE OF RELATED CASES
PURSUANT TO CIVIL L.R. 3-12

Plaintiff John C. Rezner hereby notifies the Court of the pendency in the Northern

District of California, San Jose, before the Honorable James Ware, of two actions entitled

*Neal M. Douglas et ux. v. United States of America*, Case No. C-03-04518 JW, and *Reese*

*M. Jones v. Deutsche Bank, AG*, Case No. C-04-05357 JW.  These actions are related

cases pursuant to Local Rule 3-12, which deems actions to be "related" under

circumstances where:

    **(1)** The actions concern substantially the same parties,

Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA 94111

1    property, transaction or event; and **(2)** It appears likely
2    that there will be an unduly burdensome duplication of
     labor and expense or conflicting results if the cases are
     conducted before different Judges.

3        Both the *Douglas* and *Jones* actions involve the same transaction or event

4    as the one in this action: the CARDS Facility tax shelter that was sold to each of the

5    taxpayers in each of these actions. Here, consolidation of this case before the same judge

6    will avoid the unduly burdensome duplication of labor and expense, as well as the

7    possibility of conflicting results, if the cases were conducted before different judges. All

8    three actions will require the Court to determine if the underlying CARDS facility shelter

9    was legitimate for income tax purposes. To do so, it will be necessary for the Court and

10   its staff to conduct substantial and exhaustive reviews and analysis of the CARDs Facility

11   documents. These will include virtually identical closing binders of documents with over

12   1000 pages of materials in each, with which the Court staffs and experts will need to

13   become familiar in order to understand the nature of the transactions. The actions will

14   also involve overlapping fact and expert discovery, as well as the same or similar legal

15   issues, including discovery matters.

16       It will be inefficient and unduly time-consuming to have the staffs of two

17   separate judicial departments conducting the same work, when two of these actions have

18   already been assigned to the Honorable James Ware and deemed related cases for

19   purposes of Civil L.R. 3-12(b) on these same grounds. Attached hereto as Exhibit A is a

20   copy of the Court's April 14, 2005 Order finding that the *Douglas* and *Jones* cases are

21   related cases under Civil L.R. 3-12(b). On these grounds, Plaintiff respectfully submits

22   that this action should be assigned to the Honorable James Ware as a related case pursuant

23   to Civil L.R. 3-12(b) in the interests of judicial economy.

24   Dated: March 17, 2006

                         LUKENS LAW GROUP
25                       WILLIAM M. LUKENS (State Bar No. 037196)
26                       JENNIFER L. JONAK (State Bar No. 191323)

27
                         By: *William M. Jonak*
28                            Attorneys for Plaintiff

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Notice of Related Cases has been filed that the following cases are related within the meaning of Civil L.R. 3-12(b):

**C03-4518 JW RS - Neal M. Douglas and Christine R. Douglas -v- USA**
**C04-5357 WHA - Reese M. Jones -v- Deutsche Bank et. al.**

ORDER

The time for filing a statement to support or oppose the Notice has passed. On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[] **ARE NOT RELATED** as defined by Civil L.R. 3-12(b).

X] **ARE RELATED** as defined by Civil L.R. 3-12(b). Pursuant to Civil L.R. 3-12(e), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials **JW** immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

**DATED:** April 14, 2005                    /s/ James Ware
                                  **UNITED STATES DISTRICT  JUDGE**

CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:**                        **By:** _____
                                  Deputy Clerk

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____
                        (date)

mrg\civil\relcsord.mrg (9/97)