1   HELEN L. DUNCAN (State Bar No. 101661)
    ALLYSON TAKETA (State Bar No. 167331)
2   FULBRIGHT & JAWORSKI L.L.P.
    555 South Flower Street
3   Forty-First Floor
    Los Angeles, California  90071
4   Telephone:  (213) 892-9200
    Facsimile:  (213) 892-9494
5   Email:  hduncan@fulbright.com
    Email:  ataketa@fulbright.com
6

7   Attorneys for Defendants BAYERISCHE HYPO- UND
    VEREINSBANK AG, HVB STRUCTURED FINANCE,
    INC., HVB AMERICA, INC., HVB CAPITAL MARKETS,
8   INC., and HVB RISK MANAGEMENT PRODUCTS, INC.

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12   JOHN C. REZNER, an individual, | Civil Action No.  C 06 2064 JW HRL |
| 13         Plaintiff, | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES;** ~~[PROPOSED]~~ **ORDER** |
| 14      v. | |
| 15   BAYERISCHE HYPO-UND | **[N.D.L.R. 16-2 (d)]** |
| 16   VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a | |
| 17   corporation; HVB AMERICA, INC., a corporation; HVB CAPITAL MARKETS, | |
| 18   INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a | |
| 19   corporation; DOMENICK MARIO DEGIORIO, an individual; RANDALL S. | |
| 20   BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited | |
| 21   liability corporation; and DOES ONE THROUGH THIRTY, inclusive, | |
| 22         Defendants. | |
| 23 | |

24       Counsel for Plaintiff and Bayerische Hypo-Und Vereinsbank AG, HVB Structured

25   Finance, Inc., HVB America, Inc., HVB Capital Markets, Inc., HVB Risk Management

26   Products, Inc, ("the HVB Defendants") have met and conferred concerning the Case

27   Management Schedule pursuant to L.R. 16-2(d).  No other defendants have been

28   served or have appeared in this matter.

1   IT IS HEREBY STIPULATED by and between the parties hereto as follows:

2   1.   That the deadline for the meet and confer regarding initial disclosures,

3   early settlement, ADR process selection and discovery plan initially set for August 4,

4   2006 be continued to September 22, 2006;

5   2.   That the deadline to file the Joint ADR Certification with Stipulation to ADR

6   Process of Notice of Need for ADR Phone Conference initially set for August 4, 2006 be

7   continued to September 22, 2006;

8   3.   That the deadline to complete initial disclosures or state objections in the

9   F.R.C.P. Rule 26(f) Report, to file the Case Management Statement, and to file and

10  serve the Rule 26(f) Report initially set for August 18, 2006 be continued to October 6,

11  2006; and

12  4.   That the Case Management Conference initially set for August 25, 2006 be

13  continued to October 13, 2006 at 10:30 a.m.

14  The continuance of the above deadlines are warranted because (1) Plaintiff filed

15  an amended complaint on June 5, 2006; (2) the HVB Defendants' response to that

16  pleading is not due until July 20, 2006; and (3) the HVB Defendants anticipate filing a

17  dispositive motion on the amended pleading which could not be heard until early to mid-

18  August.  Thus, it would not be an efficient use of the Court's or the parties' time and

19  resources to engage in early disclosures and undertake other Rule 16/26 exchanges

20  prior to the Court's ruling on such a motion if the case is not properly before this Court

21  and/or Plaintiff cannot state a claim against all or some defendants.

22  Dated:  June 19, 2006

        HELEN L. DUNCAN
23          ALLYSON TAKETA
        **FULBRIGHT & JAWORSKI L.L.P.**
24

25          _____
        ALLYSON TAKETA
26          Attorneys for Defendant HVB STRUCTURED
        FINANCE, INC.; HVB AMERICA, INC.; HVB
27          CAPITAL MARKETS, INC.; and HVB RISK
        MANAGEMENT PRODUCTS, INC.

- 2 -

28

DOCUMENT PREPARED
ON RECYCLED PAPER

Dated:  June 16,  2006

WILLIAM M. LUKENS
JENNIFER L, JONAK
LUKENS LAW GROUP

Attorneys for Plaintiff
JOHN C. REZNER

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1.     The deadline for the meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan initially set for August 4, 2006 is continued to September 22, 2006;

2.     The deadline to file the Joint ADR Certification with Stipulation to ADR Process of Notice of Need for ADR Phone Conference initially set for August 4, 2006 is continued to September 22, 2006;

3.     The deadline to complete initial disclosures or state objections in the Rule 26(f) Report, to file the Case Management Statement, and to file and serve the Rule 26(f) Report initially set for August 18, 2006 is continued to October 6, 2006; and

4.     The Case Management Conference initially set for August 25, 2006 is continued to October 13, 2006 at 10:30 a.m.

Dated:  June _27, 2006

Ronald M. Whyte, Judge   James Ware
United States District Court
Northern District of California

- 3 -

DOCUMENT PREPARED
ON RECYCLED PAPER