1  HELEN L. DUNCAN (State Bar No. 101661)
   ALLYSON TAKETA (State Bar No. 167331)
2  FULBRIGHT & JAWORSKI L.L.P.
   555 South Flower Street
3  Forty-First Floor
   Los Angeles, California  90071
4  Telephone:  (213) 892-9200
   Facsimile:  (213) 892-9494
5  Email:  hduncan@fulbright.com
   Email:  ataketa@fulbright.com
6
7  Attorneys for Defendants BAYERISCHE HYPO- UND
   VEREINSBANK AG, HVB STRUCTURED FINANCE,
   INC., HVB AMERICA, INC., HVB CAPITAL MARKETS,
8  INC., and HVB RISK MANAGEMENT PRODUCTS, INC.

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOHN C. REZNER, an individual,           ) Civil Action No.  C 06 2064 JW HRL
13 |                                          )
   |                  Plaintiff,              ) **STIPULATION TO CONTINUE INITIAL
14 |                                          ) CASE MANAGEMENT CONFERENCE
   |         v.                               ) AND RELATED DEADLINES;** AMENDED
15 |                                          ) **[PROPOSED] ORDER**
   | BAYERISCHE HYPO-UND                      )
16 | VEREINSBANK AG, a corporation; HVB       ) **[N.D.L.R. 16-2 (d)]**
   | STRUCTURED FINANCE, INC., a              )
17 | corporation; HVB AMERICA, INC., a        )
   | corporation; HVB CAPITAL MARKETS,        )
18 | INC., a corporation; HVB RISK            )
   | MANAGEMENT PRODUCTS, INC., a             )
19 | corporation; DOMENICK MARIO              )
   | DEGIORIO, an individual; RANDALL S.      )
20 | BICKHAM, an individual; SKYLINE          )
   | ADVISORY SERVICES, LLC, a limited        )
21 | liability corporation; and DOES ONE      )
   | THROUGH THIRTY, inclusive,               )
22 |                                          )
   |                  Defendants.             )
23 |_____)

24         Counsel for Plaintiff and Bayerische Hypo-Und Vereinsbank AG, HVB Structured

25 Finance, Inc., HVB America, Inc., HVB Capital Markets, Inc., HVB Risk Management

26 Products, Inc, ("the HVB Defendants") have met and conferred concerning the Case

27 Management Schedule pursuant to L.R. 16-2(d).  No other defendants have been

28 served or have appeared in this matter.

IT IS HEREBY STIPULATED by and between the parties hereto as follows:

1. That the deadline for the meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan initially set for August 4, 2006 be continued to September 22, 2006;

2. That the deadline to file the Joint ADR Certification with Stipulation to ADR Process of Notice of Need for ADR Phone Conference initially set for August 4, 2006 be continued to September 22, 2006;

3. That the deadline to complete initial disclosures or state objections in the F.R.C.P. Rule 26(f) Report, to file the Case Management Statement, and to file and serve the Rule 26(f) Report initially set for August 18, 2006 be continued to October 6, 2006; and

4. That the Case Management Conference initially set for August 25, 2006 be continued to October 13, 2006 at 10:30 a.m.

The continuance of the above deadlines are warranted because (1) Plaintiff filed an amended complaint on June 5, 2006; (2) the HVB Defendants' response to that pleading is not due until July 20, 2006; and (3) the HVB Defendants anticipate filing a dispositive motion on the amended pleading which could not be heard until early to mid-August. Thus, it would not be an efficient use of the Court's or the parties' time and resources to engage in early disclosures and undertake other Rule 16/26 exchanges prior to the Court's ruling on such a motion if the case is not properly before this Court and/or Plaintiff cannot state a claim against all or some defendants.

Dated: June 19, 2006

HELEN L. DUNCAN
ALLYSON TAKETA
**FULBRIGHT & JAWORSKI L.L.P.**

_____
ALLYSON TAKETA
Attorneys for Defendant HVB STRUCTURED FINANCE, INC.; HVB AMERICA, INC.; HVB CAPITAL MARKETS, INC.; and HVB RISK MANAGEMENT PRODUCTS, INC.

- 2 -

Dated: June 16, 2006

WILLIAM M. LUKENS
JENNIFER L. JONAK
LUKENS LAW GROUP

_____
Attorneys for Plaintiff
JOHN C. REZNER

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The deadline for the meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan initially set for August 4, 2006 is continued to September 22, 2006;

2. The deadline to file the Joint ADR Certification with Stipulation to ADR Process of Notice of Need for ADR Phone Conference initially set for August 4, 2006 is continued to September 22, 2006;

3. The deadline to complete initial disclosures or state objections in the Rule 26(f) Report, to file the Case Management Statement, and to file and serve the Rule 26(f) Report initially set for August 18, 2006 is continued to October 6, 2006; and

4. The Case Management Conference initially set for August 25, 2006 is continued to ~~October 13, 2006 at 10:30 a.m.~~ Oct. 16, 2006, at 10:00 a.m.

Dated: June 27, 2006

_____
~~Ronald M. Whyte,~~ Judge  James Ware
United States District Court
Northern District of California

- 3 -