LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

Attorneys for Plaintiff John C. Rezner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive;<br><br>　　　　　Defendants. | Case No. C 06-2064 JW<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS, CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES; [PROPOSED] ORDER<br><br>Date:　October 2, 2006<br>Time:　9:00 a.m.<br>Dept.:　Courtroom 8, 4th Floor |

　　　　WHEREAS the parties previously stipulated that the motion to dismiss Plaintiff's First Amended Complaint filed by defendants Bayerische Hypo-und Vereinsbank AG and HVB Structured Finance, Inc. (collectively, "HVB") would be heard on September 11, 2006;

　　　　WHEREAS, the Court has moved that hearing to October 2, 2006, the same date as the case management conference;

　　　　WHEREAS, Plaintiff's counsel has a scheduling conflict with October 2, 2006, and will be out of the country during that time;

　　　　The parties, through their undersigned counsel, hereby stipulate as follows:

STIPULATION TO CONTINUE DATES (Case No. C 06-2064 JW)

1.     The parties stipulate and request that the hearing on HVB's motion to dismiss be moved to October 30, 2006 at 9:00 a.m. and the case management conference be moved to October 30, 2006 at 10:00 a.m, with the case management statement due on October 20, 2006.

2.     The parties have met and conferred concerning the Case Management Schedule pursuant to L.R. 16-2(d) and stipulate and request that, in light of the pending motion to dismiss, the deadline for the meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan set for September 22, 2006 be moved to November 30, 2006.

3.     The parties also stipulate and request that the deadline to file the Joint ADR Certification with Stipulation to ADR Process of Notice of Need for ADR Phone Conference set for September 22, 2006 be moved to November 30, 2006.

4.     The parties also stipulate and request that the deadline to complete initial disclosures or state objections in the F.R.C.P. Rule 26(f) Report and to file and serve the Rule 26(f) Report be set for November 30, 2006.

SO STIPULATED AND AGREED:

DATED: September 11, 2006

LUKENS LAW GROUP

By _____
Jennifer L. Jonak

Attorneys for Plaintiff
JOHN C. REZNER

DATED: September 11, 2006

FULBRIGHT & JAWORSKI LLP

By: _____
Allyson Taketa
Attorneys for Defendants Bayerische
Hypo-und Vereinsbank and HVB
Structured Finance, Inc.

---

STIPULATION TO CONTINUE DATES (Case No. C 05 1132 MMC)
2

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The hearing on HVB's motion to dismiss shall be moved to October 30, 2006 at 9:00 a.m., and the case management conference shall be moved to October 30, 2006 at 10:00 a.m., with a case management statement due on October 20, 2006.

2. The deadline for the meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan set for September 22, 2006 shall be moved to November 30, 2006.

3. The deadline to file the Joint ADR Certification with Stipulation to ADR Process of Notice of Need for ADR Phone Conference set for September 22, 2006 shall be moved to November 30, 2006.

4. The deadline to complete initial disclosures or state objections in the F.R.C.P. Rule 26(f) Report and to file and serve the Rule 26(f) Report shall be set for November 30, 2006.

Dated: September 12, 2006

_____
The Honorable James Ware
United States District Court
Northern District of California