```
HELEN L. DUNCAN (State Bar No. 101661)
ALLYSON TAKETA (State Bar No. 167331)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: hduncan@fulbright.com
Email: ataketa@fulbright.com
```

Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG, HVB STRUCTURED FINANCE, INC., HVB AMERICA, INC., HVB CAPITAL MARKETS, INC., and HVB RISK MANAGEMENT PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; HVB AMERICA, INC., a corporation; HVB CAPITAL MARKETS, INC., a corporation; HVB RISK MANAGEMENT PRODUCTS, INC., a corporation; DOMENICK MARIO DEGIORIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,<br><br>Defendants. | Civil Action No. C 06 2064 JW HRL<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>[N.D.L.R. 16-2 (d)]<br><br>Current Date: October 30, 2006<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8, 4th Floor |

Counsel for Plaintiff and Bayerische Hypo- Und Vereinsbank AG and HVB Structured Finance, Inc. ("the HVB Defendants") have met and conferred concerning the Case Management Conference pursuant to L.R. 16-2(d). No other defendants have been served or have appeared in this matter.

IT IS HEREBY STIPULATED by and between the parties hereto as follows:

1. The Case Management Conference currently set for October 30, 2006 at 10:00 a.m. be continued to December 4, 2006, at 9:30 a.m..

2. The parties' Case Management Conference Statement is due November 27, 2006 -- one week before the continued date of the Case Management Conference.

The continuances of the Case Management Conference and corresponding due date for the Case Management Conference Statement are warranted because pursuant to the parties' stipulation and this Court's September 12, 2006 Order, the parties' deadlines to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan; to file the Joint ADR Certification with Stipulation to ADR Process of Notice of Need for ADR Phone Conference; and to complete initial disclosures or state objections in the F.R.C.P. Rule 26(f) Report and file and serve the Rule 26(f) Report are not until November 30, 2006 – after the Case Management Conference and after the Case Management Conference Statement currently is due.

Thus, the parties believe it would be most efficient and effective to conduct the Case Management Conference on the later date stipulated to between the parties.

Dated: October 23, 2006

HELEN L. DUNCAN
ALLYSON TAKETA
FULBRIGHT & JAWORSKI L.L.P.

*/s/ Allyson Taketa*
ALLYSON TAKETA

Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG and HVB STRUCTURED FINANCE, INC.

Dated: October 23, 2006

WILLIAM M. LUKENS
JENNIFER L, JONAK
LUKENS LAW GROUP

*/s/ Jennifer L. Jonak*
Attorneys for Plaintiff
JOHN C. REZNER

- 2 -

1 | **[PROPOSED] ORDER**

2 | PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3 | 1. The Case Management Conference currently set for October 30, 2006 at
10:00 a.m. is continued to December 4, 2006, at ~~9:30 a.m.~~ 10:00 AM

5 | 2. The parties' Case Management Conference Statement is due on or by November 27, 2006.

Dated: October 25, 2006

*[signature: James Ware]*

Hon. James Ware
United States District Court
Northern District of California

- 3 -

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Fulbright & Jaworski L.L.P., 555 South Flower Street, Suite 4100, Los Angeles, California 90071. On October 23, 2006, I served the foregoing document described as: **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** on interested parties in this action as follows:

William M. Lukens, Esq. (E-File Notification)
Jennifer L. Jonak (E-File Notification)
Lukens Law Group
One Maritime Plaza, Suite 1600
San Francisco, CA  94111
Telephone:  (415) 433-3000
Facsimile:  (415) 781-1034
Attorneys for Plaintiff
John C. Rezner

Courtesy copy to:

(Via Federal Express)
The Honorable James Ware
United States District Court
Northern District of California
280 South First Street, #2112
San Jose, CA  95113-3008

☐ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒ **(BY FEDERAL EXPRESS)** I caused the aforementioned document to be placed in an envelope or package designated by Federal Express, with delivery fees fully paid and addressed as stated above.

- 4 -

1     ☐    **(BY PERSONAL SERVICE)** I caused the aforementioned document to be
2 personally served at the offices of all counsel as stated on the attached Service List.
3     ☒    **(BY E-FILE)** I caused said document to be sent via e-mail to the Court for
4 distribution to the interested parties at the e-mail addresses as provided to the Electronic
5 Case Filing System pursuant to General Order No. 45.
6     ☐    **(BY FACSIMILE)** I caused said document to be transmitted electronically
7 to the interested parties at the facsimile numbers as stated on the attached Service List.
8     Executed on October 23, 2006 at Los Angeles, California.
9     ☒    **(FEDERAL)** I declare that I am employed in the office of a member of the
10 bar of this court at whose direction the service was made.

_____
Mamie Page

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C 06 2064 JW HRL

31209834

DOCUMENT PREPARED ON RECYCLED PAPER