IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John Rezner, | NO. C 06-02064 JW |
| Plaintiff, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Bayerische Hypo-Und Vereinsbank AG, et al., | |
| Defendants. | |
| _____ / | |

The Court finds it appropriate to take Defendants' Motion to Dismiss appropriate for submission without oral arguments. See Civ. L.R. 7-1(b). Accordingly, the hearing presently scheduled for October 30, 2006 is VACATED.

Dated: October 25, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allyson S. Taketa ataketa@fulbright.com
Helen Lalich Duncan hduncan@fulbright.com
Jennifer Lee Jonak jenny@jonak.com
William M. Lukens wlukens@lukenslaw.com

**Dated:  October 25, 2006**                                         **Richard W. Wieking, Clerk**

                                                                    **By:   /s/ JW Chambers                **
                                                                              **Elizabeth Garcia**
                                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California