IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John C. Rezner, | NO. C 06-02064 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Bayerische Hypo-Und Vereinsbank AG, et al., | |
| Defendants. / | |

On its own motion, the Court continues the case management conference currently scheduled for December 4, 2006 to **January 8, 2007 at 10:00 a.m.** The parties shall file a pre-conference statement in accordance with the local rules.

Dated: November 28, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allyson S. Taketa ataketa@fulbright.com
Helen Lalich Duncan hduncan@fulbright.com
Jennifer Lee Jonak jenny@jonak.com
William M. Lukens wlukens@lukenslaw.com

**Dated: November 28, 2006**                          **Richard W. Wieking, Clerk**

                                                      **By:  /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**