HELEN L. DUNCAN (State Bar No. 101661)
ALLYSON S. TAKETA (State Bar No. 167331)
MELISSA S. Mac PHERSON (State Bar No. 233884)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower St., 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: hduncan@fulbright.com
Email: ataketa@fulbright.com

Attorneys for Defendants
BAYERISCHE HYPO- UND VEREINSBANK AG
and HVB U.S. FINANCE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,<br><br>Defendants. | Civil Action No. C 06 2064 JW HRL<br><br>**STIPULATION RE: RULE 26 AND CASE MANAGEMENT CONFERENCE STATEMENT DEADLINES;** [~~PROPOSED~~] **ORDER**<br><br>**[N.D.L.R. 16-2 (d)]**<br><br>Current Date: January 8, 2007<br>Time: 10:00 a.m.<br>Dept.: Courtroom 8, 4th Floor |

Counsel for Plaintiff John C. Rezner and Defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. ("the HVB Defendants") have met and conferred concerning the Case Management Conference pursuant to L.R. 16-2(d). No other defendants have been served or have appeared in this matter.

IT IS HEREBY STIPULATED by and between the parties hereto as follows:

Based upon the Court's Order dated November 28, 2006, continuing the Case Management Conference from December 4, 2006 at 10:00 a.m. to January 8, 2007, at 10:00 a.m. and based upon the January 1, 2007 holiday, the parties' joint Case

Management Conference Statement is due January 2, 2007. The parties' deadlines to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, to complete initial disclosures or state objections in the F.R.C.P. Rule 26(f) Report, and to file and serve the Rule 26(f) Report are also continued to January 2, 2007.

Dated: November 29, 2006

HELEN L. DUNCAN
ALLYSON TAKETA
FULBRIGHT & JAWORSKI L.L.P.

Attorneys for the HVB Defendants

Dated: November 29, 2006

WILLIAM M. LUKENS
JENNIFER L. JONAK
LUKENS LAW GROUP

Attorneys for Plaintiff
JOHN C. REZNER

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1.  The parties' Case Management Conference Statement is due on or by January 2, 2007.

2.  The parties' deadlines to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, to complete initial disclosures or state objections in the F.R.C.P. Rule 26(f) Report, and to file and serve the Rule 26(f) Report are continued to January 2, 2007.

Dated: November 30, 2006

Hon. James Ware
United States District Court
Northern District of California

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Fulbright & Jaworski L.L.P., 555 South Flower Street, Suite 4100, Los Angeles, California 90071. On November 29, 2006, I served the foregoing document described as: **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT DATES; [PROPOSED] ORDER** on interested parties in this action as follows:

| | |
|---|---|
| William M. Lukens, Esq. (E-File Notification)<br>Jennifer L. Jonak (E-File Notification)<br>Lukens Law Group<br>One Maritime Plaza, Suite 1600<br>San Francisco, CA 94111<br>Telephone: (415) 433-3000<br>Facsimile: (415) 781-1034<br>*Attorneys for Plaintiff*<br>*John C. Rezner* | Courtesy copy to:<br><br>*(Via Federal Express)*<br>The Honorable James Ware<br>United States District Court<br>Northern District of California<br>280 South First Street, #2112<br>San Jose, CA 95113-3008 |

☐ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒ **(BY FEDERAL EXPRESS)** I caused the aforementioned document to be placed in an envelope or package designated by Federal Express, with delivery fees fully paid and addressed as stated above.

☐ **(BY PERSONAL SERVICE)** I caused the aforementioned document to be personally served at the offices of all counsel as stated above.

☒ **(BY E-FILE)** I caused said document to be sent via e-mail to the Court for distribution to the interested parties at the e-mail addresses as provided to the Electronic Case Filing System pursuant to General Order No. 45.

- 3 -

1     ☐    **(BY FACSIMILE)** I caused said document to be transmitted electronically
2 to the interested parties at the facsimile numbers as stated above.
3     Executed on November 29, 2006 at Los Angeles, California.
4     ☒    **(FEDERAL)** I declare that I am employed in the office of a member of the
5 bar of this court at whose direction the service was made.

                                                          */s/ Mamie Page*
                                                         Mamie Page

DOCUMENT PREPARED ON RECYCLED PAPER

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT DATES  
31230780

CASE NO. C 06 2064 JW HRL