LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

Attorneys for Plaintiff John C. Rezner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive;<br><br>          Defendants. | Case No. 06-2064 JW (RS)<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [P~~ROPOSED~~] ORDER**<br><br>**CIVIL L.R. 16-2(D)**<br><br>Courtroom 8, 4th Floor<br>Hon. James Ware |

This Stipulation is entered into by and between Plaintiff John C. Rezner and Defendants Bayerische Hypo-Und Vereinsbank AG and HVB Structured Finance, Inc. (collectively, "HVB"), by and through their counsel of record, as follows:

WHEREAS, counsel for Plaintiff and HVB have met and conferred concerning the Case Management Conference pursuant to Civil L.R. 16-2(d) and no other defendants have been served or have appeared in this matter.

WHEREAS, pursuant to the Court's Order of January 17, 2007, a Case Management Conference is presently scheduled for February 26, 2007 at 10 a.m., with the

parties to file an updated Joint Case Management Statement no later than February 16, 2007;

WHEREAS, counsel for Plaintiff will be unavailable on February 26 due to a prepaid family vacation;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

1. The Case Management Conference presently scheduled for February 26, 2007 be continued to March 5, 2007 at 10:00 a.m., or such other date and time as the Court may order, and

2. The parties shall file an updated Joint Case Management Statement no later than February 23, 2007.

Dated:  February 13, 2007          LUKENS LAW GROUP
                                   WILLIAM M. LUKENS (State Bar No. 037196)
                                   JENNIFER L. JONAK (State Bar No. 191323)


                                   By:      /s/ Jennifer L. Jonak
                                        Attorneys for Plaintiff John C. Rezner


Dated:  February 13, 2007          FULBRIGHT & JAWORSKI L.L.P.
                                   HELEN L. DUNCAN
                                   JOSEPH H. PARK
                                   ALLYSON TAKETA


                                   By:     /s/ Joseph H. Park
                                        Attorneys for Defendants Bayerische
                                        Hypo-Und Vereinsbank AG and HVB
                                        Structured Finance, Inc.

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The Case Management Conference scheduled for February 26, 2007 is continued to March 5, 2007 at 10:00 a.m., and

2. The parties shall file an updated Joint Case Management Statement no later than February 23, 2007.

Dated: February 15, 2007

_____
Hon. James Ware
Judge of the United States District Court
Northern District of California

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [~~PROPOSED~~] ORDER (Case No. 06-2064 JW (RS))

3