HELEN L. DUNCAN (State Bar No. 101661)
JOSEPH H. PARK (State Bar No. 175064)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower St., 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: hduncan@fulbright.com
Email: jpark@fulbright.com

Attorneys for Defendants
BAYERISCHE HYPO- UND VEREINSBANK AG
and HVB U.S. FINANCE INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,<br><br>Defendants. | Civil Action No. C 06 2064 JW HRL<br><br>**STIPULATION FOR EXTENSION OF TIME FOR HVB DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT; [~~PROPOSED~~ *as modified*] ORDER**<br><br>[N.D.L.R. 6-2] |

This Stipulation is entered into between counsel for Plaintiff John C. Rezner ("Plaintiff") and Defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (collectively "HVB").

**RECITALS**

A. On April 3, 2007, this Court issued its Order granting in part, and denying in part, HVB's Motion to Dismiss the First Amended Complaint ("FAC") ("April 3 Order"), giving HVB thirty (30) days to answer the FAC;

1   B.   Based on the Court's April 3 Order, HVB's Answer is due on May 3, 2007;

2   C.   Plaintiff's counsel has agreed to HVB's counsel's request for a brief, six day extension of time, to and including May 9, 2007, for HVB to file and serve the Answer.

D.   This brief extension does not have any effect on the schedule for this case.

## STIPULATION

Based on the foregoing recitals, the parties hereby stipulate and agree as follows:

1.   HVB shall have to and including May 9, 2007, to file and serve the Answer to Plaintiff's First Amended Complaint.

Dated: May 3, 2007

Helen L. Duncan
Joseph H. Park
FULBRIGHT & JAWORSKI L.L.P.

_____
Joseph H. Park
Attorneys for BAYERISCHE HYPO- UND VEREINSBANK AG and HVB U.S. FINANCE INC.

Dated: May 3, 2007

William M. Lukens
Jennifer L. Jonak
LUKENS LAW GROUP

_____
Jennifer L. Jonak
Attorneys for Plaintiff JOHN C. REZNER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. HVB shall have to and including May 9, 2007, to file and serve its Answer to Plaintiff's First Amended Complaint.

Dated: May 4 2007

_____
HON. JAMES WARE
United States District Court
Northern District of California

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Fulbright & Jaworski L.L.P., 555 South Flower Street, Suite 4100, Los Angeles, California 90071. On May 3, 2007, I served the foregoing document described as: **STIPULATION FOR EXTENSION OF TIME FOR HVB DEFENDANTS TO ANSWER FIRST AMENDED COMPLAINT; [PROPOSED] ORDER** on interested parties in this action as follows:

| | |
|---|---|
| William M. Lukens, Esq. (E-File Notification)<br>Jennifer L. Jonak (E-File Notification)<br>Lukens Law Group<br>One Maritime Plaza, Suite 1600<br>San Francisco, CA 94111<br>Telephone: (415) 433-3000<br>Facsimile: (415) 781-1034<br>*Attorneys for Plaintiff John C. Rezner* | Courtesy copy to:<br>***(Via Personal Delivery)***<br>The Honorable James Ware<br>United States District Court<br>Northern District of California<br>280 South First Street, #2112<br>San Jose, CA 95113-3008 |

☐ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☐ **(BY FEDERAL EXPRESS)** I caused the aforementioned document to be placed in an envelope or package designated by Federal Express, with delivery fees fully paid and addressed as stated above.

☒ **(BY PERSONAL SERVICE)** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below via messenger.

☒ **(BY E-FILE)** I caused said document to be sent via e-mail to the Court for distribution to the interested parties at the e-mail addresses as provided to the Electronic Case Filing System pursuant to General Order No. 45.

☐ **(BY FACSIMILE)** I caused said document to be transmitted electronically to the interested parties at the facsimile numbers as stated above.

Executed on May 3, 2007 at Los Angeles, California.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Diana Cardenas*
Diana Cardenas