LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

Attorneys for Plaintiff John C. Rezner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No. C 06-2064 JW<br><br>**STIPULATION TO FILING OF PLAINTIFF'S AMENDED COMPLAINT; PROPOSED ORDER** |

    WHEREAS, Plaintiff John C. Rezner has advised defendants Bayerische Hypo-Und Vereinsbank AG and HVB U.S. Finance Inc. f/k/a Structured Finance, Inc. (collectively, "HVB") that he intends to seek leave to file a proposed Second Amended Complaint, which is attached hereto as Exhibit A;

    WHEREAS, HVB does not oppose or object to the filing of Plaintiff's proposed Second Amended Complaint;

    WHEREAS, the other defendants in this case are awaiting service or have not yet responded to the currently operative complaint;

STIPULATION TO FILE SECOND AMENDED COMPLAINT (Case No. C 06-2064 JW)

1  IT IS HEREBY STIPULATED by and between counsel for Plaintiff John C.
2  Rezner and counsel for HVB that: 1) there is no opposition or objection to Plaintiff filing
3  his proposed Second Amended Complaint; 2) upon the Court's approval of this
4  Stipulation and Order granting Plaintiff leave to file his amended complaint, Plaintiff shall
5  immediately file his Second Amended Complaint; and 3) HVB may, but need not, file an
6  answer to the Second Amended Complaint within twenty (20) days from the filing of the
7  Second Amended Complaint.

   The attorney for the filing party attests that concurrence in this document has been
   obtained from the other signatories.

DATED:  May 28, 2007                          LUKENS LAW GROUP


                                              By   /s/_____
                                                   Jennifer L. Jonak

                                              Attorneys for Plaintiff
                                              JOHN C. REZNER


DATED:  May 28, 207                           FULBRIGHT & JAWORSKI LLP


                                              By:   /s/_____
                                                    Joseph Park
                                              Attorneys for HVB Defendants


                          **ORDER**

IT IS SO ORDERED.

Date: 5/29/2007
                                              _____
                                              HON. JAMES WARE
                                              U.S. DISTRICT COURT JUDGE