LUKENS LAW GROUP
WILLIAM M. LUKENS (State Bar No.: 037196)
JENNIFER L. JONAK (State Bar No.: 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

*Attorneys for Plaintiff John C. Rezner*

IT IS SO ORDERED
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,<br><br>Defendants. | CASE NO.: 06-2064 JW<br><br>STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AS TO DOMENICK DEGIORGIO |

This stipulation is entered into by and among Plaintiff John C. Rezner ("Rezner"), by and through his attorney of record, and Defendant Domenick DeGiorgio ("DeGiorgio"), who has been represented by Wilson Sonsini Goodrich & Rosati for the sole and limited purpose of negotiating this stipulation.

WHEREAS, on March 17, 2006, Rezner commenced litigation by filing a complaint in the United States District Court, Northern District of California (Case No. 06-2064) against certain entities and individuals, including DeGiorgio (though DeGiorgio was never served);

WHEREAS, Rezner served and filed an Amended Complaint against certain entities and individuals, excluding DeGiorgio;

WHEREAS on May 29, 2007, Rezner served and filed a Second Amended Complaint, against certain entities and individuals, updated to include DeGiorgio;

WHEREAS, on August 11, 2005, DeGiorgio pleaded guilty in a criminal action brought in the United States District Court for the Southern District of New York (Docket No. 05 Cr. 853) (the "DeGiorgio Criminal Action"), the facts and circumstances of which Rezner alleges are related to the current action;

WHEREAS, on October 17, 2005, the United States indicted other individuals in a criminal action brought in United States District Court for the Southern District of New York (Docket No. S1 05 Cr. 888) (the "Stein Criminal Action"), the facts and circumstances of which Rezner alleges are related to the current action;

WHEREAS, DeGiorgio may be called to testify as a witness for the government in the Stein Criminal Action;

WHEREAS, DeGiorgio wishes to avoid litigation in the current action until after he has been sentenced in the DeGiorgio Criminal Action, and has requested that the current action against him be stayed until that time, while preserving all of his defenses, counter-claims, and cross-claims;

WHEREAS, without agreeing that any stay is required or waiving his right to seek relief from any such stay, Rezner is willing to move the Court to stay the current action, as against DeGiorgio, until after DeGiorgio has been sentenced in the DeGiorgio Criminal Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Rezner and DeGiorgio that this action will be stayed as to DeGiorgio until further Order of the Court.

//
//
//
//
//
//
//
//

IT IS FURTHER STIPULATED AND AGREED THAT DeGiorgio will not participate in any conferences, hearings, or other proceedings in this action, and that he need not file any response to the Second Amended Complaint until such time as the stay is lifted by the Court.

DATED: June 27, 2007

LUKENS LAW GROUP

By: _____
Jennifer L. Jonak

William M. Lukens (State Bar No.: 037196)
Jennifer L. Jonak (State Bar No.: 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

*Attorneys for Plaintiff John C. Rezner*

By: _____
Domenick DeGiorgio

9 Jennings Meadow
Cold Spring Harbor, NY 11724

**IT IS SO ORDERED:**

The Court STAYS this case, with respect to Defendant Domenick Degirgio until **January 4, 2008**. The Court sets a Status Conference for **January 14, 2008 at 10 a.m.** The parties shall file a joint status report by **Jan. 4, 2008**, updating the Court as to the status of the criminal action pending in the Southern District of New York.

Dated: July 2, 2007

_____
JAMES WARE
United States District Judge