LUKENS LAW GROUP
WILLIAM M. LUKENS (State Bar No.: 037196)
JENNIFER L. JONAK (State Bar No.: 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

*Attorneys for Plaintiff John C. Rezner*

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN C. REZNER, an individual,

    Plaintiff,

v.

BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,

    Defendants.

CASE NO.: 06-2064 JW (RS)

**STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AS TO DOMENICK DEGIORGIO**

    This stipulation is entered into by and among Plaintiff John C. Rezner ("Rezner"), by and through his attorney of record, and Defendant Domenick DeGiorgio ("DeGiorgio").

    WHEREAS, Rezner commenced this litigation by filing a complaint in the United States District Court, Northern District of California (Case No. 06-2064) against certain entities and individuals, not including DeGiorgio;

    WHEREAS on May 29, 2007, Rezner served and filed a Second Amended Complaint, against certain entities and individuals, including DeGiorgio;

    WHEREAS, on August 11, 2005, DeGiorgio pleaded guilty in a criminal action brought in the United States District Court for the Southern District of New York (Docket No. 05 Cr. 853) (the "DeGiorgio Criminal Action"), the facts and circumstances of which Rezner alleges are related to the current action;

1     WHEREAS, on October 17, 2005, the United States indicted other individuals in a
2 criminal action brought in the United States District Court for the Southern District of New York
3 (Docket No. S1 05 Cr. 888) (the "Stein Criminal Action"), the facts and circumstances of which
4 Rezner alleges are related to the current action;

5     WHEREAS, DeGiorgio may be called to testify as a witness for the government in the
6 Stein Criminal Action;

7     WHEREAS, the parties previously stipulated, and this Court ordered that this action
8 would be stayed as to DeGiorgio until the case management conference in this action on January
9 14, 2008;

10     WHEREAS, DeGiorgio wishes to avoid litigation in the current action until after he has
11 been sentenced in the DeGiorgio Criminal Action, and the parties have agreed that it makes
12 sense to enter into a further temporary stay in this action; and

13     WHEREAS, the parties agree that a short additional stay in this action would inure to the
14 benefit of the Court and parties and judicial economy in this matter;

15     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among
16 Rezner and DeGiorgio that this action will be stayed as to DeGiorgio for an additional sixty (60)
17 days, until March 14, 2008.

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

IT IS FURTHER STIPULATED AND AGREED THAT DeGiorgio will not participate in any conferences (including, without limitation, the case management conference scheduled for January 14, 2008), hearings, or other proceedings in this action, and that he need not file any response to the Second Amended Complaint until such time as the further stay expires.

DATED: January 3, 2008

LUKENS LAW GROUP

By: _____
    Jennifer L. Jonak

William M. Lukens (State Bar No.: 037196)
Jennifer L. Jonak (State Bar No.: 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

*Attorneys for Plaintiff John C. Rezner*

By: _____
    Domenick DeGiorgio

9 Jennings Meadow
Cold Spring Harbor, NY 11724

*** **ORDER** ***

Pursuant to the Stipulation, the Court continues the STAY in the above entitled case until **March 24, 2008**. The parties shall appear for a Case Management Confernece on **March 24, 2008 at 10 A.M.** The parties shall file a Joint Case Management Statement on or before **March 14, 2008**. The statement shall update the Court on the status of the criminal proceedings.

Dated: January 10, 2008

_____
JAMES WARE
United States District Judge