HELEN L. DUNCAN (State Bar No. 101661)
JOSEPH H. PARK (State Bar No. 175064)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower St., 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: hduncan@fulbright.com
Email: jpark@fulbright.com

Attorneys for Defendants
BAYERISCHE HYPO- UND VEREINSBANK AG
and HVB U.S. FINANCE INC.

IT IS SO ORDERED AS MODIFIED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAYERISCHE HYPO- UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,<br><br>　　　　　Defendants. | Civil Action No. C 06 2064 JW HRL<br><br>**STIPULATION RE MODIFICATION OF CASE SCHEDULE; [PROPOSED] ORDER**<br><br>**ORDER VACATING PREVIOUS ENTERED STIPULATION [DOC. 96]** |

　　　　This Stipulation is entered into by and between Defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively "HVB") and Plaintiff John C. Rezner ("Plaintiff"), through their respective counsel of record.

## **RECITALS**

　　　　A.　　On May 17, 2007, the Court entered a Scheduling Order, setting forth the following case schedule:

| Close of All Discovery | March 3, 2008 |
|---|---|
| Last Date for Hearing Dispositive Motions (60 days before Preliminary Pretrial Conference) | May 5, 2008 |
| Preliminary Pretrial Conference Statements (Due 10 days before conference) | June 25, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | July 7, 2008 |

B. On December 5, 2007, Plaintiff filed a motion to compel HVB's production of documents and scheduled the hearing on the motion for January 9, 2008;

C. On December 19, 2007, HVB filed a motion for summary judgment and scheduled the hearing on the motion for February 11, 2008;

D. On December 20, 2007, the Court rescheduled the hearing on HVB's summary judgment motion from February 11, 2008 to March 10, 2008;

E. On December 25, 2007, HVB moved to have its motion for summary judgment heard on February 11, 2008 or, in the alternative, to stay the hearing on Plaintiff's motion to compel;

F. On January 2, 2008, the Court declined to reschedule the hearing on HVB's summary judgment motion but stayed the hearing on Plaintiff's motion to compel, pending the Court's ruling on HVB's summary judgment motion;

G. Based on the foregoing – the pending motion for summary judgment, the stay of Plaintiff's motion to compel pending the ruling on the summary judgment motion, and the close of discovery (March 3) *before* the summary judgment motion is scheduled to be heard (March 10) – the parties believe a modification of the pretrial schedule, extending the current pretrial deadlines/dates by approximately 90 days, is appropriate and warranted.

## STIPULATION

Based on the foregoing, the parties hereby stipulate and agree to the following modification to the current pretrial deadlines/dates:

| Deadline/Event | Current Date | New Date |
|---|---|---|
| Close of All Discovery | March 3, 2008 | June 6, 2008 |
| Last Date for Hearing Dispositive Motions (60 days before Preliminary Pretrial Conference) | May 5, 2008 | August 4, 2008 |
| Preliminary Pretrial Conference Statements (Due 10 days before conference) | June 25, 2008 | October 3, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | July 7, 2008 | October 13, 2008 |

Dated: January 25, 2008

Helen L. Duncan
Joseph H. Park
FULBRIGHT & JAWORSKI L.L.P.

_____
Joseph H. Park
Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG and HVB U.S. FINANCE INC.

Dated: January 25, 2008

William M. Lukens
Jennifer L. Jonak
LUKENS LAW GROUP

_____
Jennifer L. Jonak
Attorneys for Plaintiff JOHN C. REZNER

DOCUMENT PREPARED ON RECYCLED PAPER

STIPULATION RE MODIFICATION OF CASE SCHEDULE; [PROPOSED] ORDER        CASE NO. C 06 2064 JW HRL

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the current case schedule is modified as follows:

| Deadline/Event | Current Date | New Date |
|---|---|---|
| Close of All Discovery | March 3, 2008 | **May 12, 2008** |
| Last Date for Hearing Dispositive Motions (60 days before Preliminary Pretrial Conference) | May 5, 2008 | **July 14, 2008** |
| Preliminary Pretrial Conference Statements (Due 10 days before conference) | June 25, 2008 | **April 4, 2008** |
| Preliminary Pretrial Conference at 11 a.m. | July 7, 2008 | **April 14, 2008** |

Dated: January 30, 2008

HON. JAMES WARE
United States District Judge
Northern District of California

STIPULATION RE MODIFICATION OF CASE SCHEDULE; [PROPOSED] ORDER    CASE NO. C 06 2064 JW HRL