LUKENS LAW GROUP
WILLIAM M. LUKENS (State Bar No.: 037196)
JENNIFER L. JONAK (State Bar No.: 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA  94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

*Attorneys for Plaintiff John C. Rezner*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,<br><br>          Defendants. | CASE NO.:  06-CV-2064 JW (RS)<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SKYLINE ADVISORY SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff hereby voluntarily dismisses, without prejudice, the above-entitled action as to defendant Skyline Advisory Services, LLC only.

DATED:  February 18, 2008

                                        LUKENS LAW GROUP
                                        WILLIAM M. LUKENS (State Bar No.: 037196)
                                        JENNIFER L. JONAK (State Bar No.:  191323)

                                        By: _____/s/ Jennifer L. Jonak_____
                                                  *Attorneys for Plaintiff John C. Rezner*

VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SKYLINE ADVISORY SERVICES, LLC