```
1   LUKENS LAW GROUP
    WILLIAM M. LUKENS (State Bar No.: 037196)
2   JENNIFER L. JONAK (State Bar No.: 191323)
    One Maritime Plaza, Suite 1600
3   San Francisco, CA 94111
    Telephone: (415) 433-3000
4   Facsimile: (415) 781-1034
5   Attorneys for Plaintiff John C. Rezner
```

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,<br><br>        Defendants. | CASE NO.: 06-2064 JW (RS)<br><br>**JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AS TO DOMENICK DEGIORGIO** |

      This Joint Case Management Statement and Stipulation is entered into by and among Plaintiff John C. Rezner ("Rezner"), by and through his attorney of record, and Defendant Domenick DeGiorgio ("DeGiorgio").

      WHEREAS, Rezner commenced this litigation by filing a complaint in the United States District Court, Northern District of California (Case No. 06-2064) against certain entities and individuals, not including DeGiorgio;

      WHEREAS on May 29, 2007, Rezner served and filed a Second Amended Complaint, against certain entities and individuals, including DeGiorgio;

      WHEREAS, on August 11, 2005, DeGiorgio pleaded guilty in a criminal action brought in the United States District Court for the Southern District of New York (Docket No. 05 Cr.

1  853) (the "DeGiorgio Criminal Action"), the facts and circumstances of which Rezner alleges are
2  related to the current action;
3      WHEREAS, on October 17, 2005, the United States indicted other individuals in a
4  criminal action brought in United States District Court for the Southern District of New York
5  (Docket No. 05 Cr. 888) (the "Stein Criminal Action"), the facts and circumstances of which
6  Rezner alleges are related to the current action;
7      WHEREAS, DeGiorgio may be called to testify as a witness for the government in the
8  Stein Criminal Action;
9      WHEREAS, the trial of all remaining defendants in the Stein Criminal Action is currently
10 scheduled to commence on September 25, 2008;
11     WHEREAS, DeGiorgio will not be sentenced in the DeGiorgio Criminal Action until
12 after he testifies in the Stein Criminal Action;
13     WHEREAS, the parties previously stipulated, and this Court ordered that this action
14 would be stayed as to DeGiorgio until the Status Conference in this action on March 24, 2008;
15     WHEREAS, DeGiorgio wishes to avoid litigation in the current action until after he has
16 been sentenced in the DeGiorgio Criminal Action, and the parties have agreed that it makes
17 sense to enter into a further temporary stay in this action, without Rezner waiving any right to
18 seek to proceed upon expiration of this stay but before sentencing; and
19     WHEREAS, the parties agree that a short additional stay in this action would inure to the
20 benefit of the Court and parties and judicial economy in this matter;
21     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among
22 Rezner and DeGiorgio that this action will be stayed as to DeGiorgio for an additional thirty (30)
23 days, until April 24, 2008, and Rezner and DeGiorgio jointly request that the Case Management
24 Conference be continued from March 24, 2008 at 10 a.m. to April 24, 2008 at 10 a.m., or such
25 other subsequent date and time that this Court deems appropriate.
26 //
27 //
28 //

IT IS FURTHER STIPULATED AND AGREED THAT DeGiorgio will not participate in any conferences, hearings, or other proceedings in this action, and that he need not file any response to the Second Amended Complaint until such time as the further stay expires.

DATED: March 11, 2008

LUKENS LAW GROUP

By: _____
   Jennifer L. Jonak

William M. Lukens (State Bar No.: 037196)
Jennifer L. Jonak (State Bar No.: 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

*Attorneys for Plaintiff John C. Rezner*

By: _____
   Domenick DeGiorgio

9 Jennings Meadow
Cold Spring Harbor, NY 11724

**\*\*\* ORDER \*\*\*\***

Pursuant to the parties' Stipulation, the Court continues the Case Management Conference currently set for March 24, 2008 to **April 28, 2008 at 10 A.M.** The parties shall file a Joint Case Management Conference on or before **April 18, 2008.**

Dated: March 17, 2008    _____
                         JAMES WARE
                         United States District Judge

---
JOINT CASE MANAGEMENT STATEMENT AND
STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS AS TO DOMENICK DEGIORGIO
-3-