1  HELEN L. DUNCAN (State Bar No. 101661)
   JOSEPH H. PARK (State Bar No. 175064)
2  FULBRIGHT & JAWORSKI L.L.P.
   555 South Flower St., 41st Floor
3  Los Angeles, California  90071
   Telephone:  (213) 892-9200
4  Facsimile:  (213) 892-9494
   Email:  hduncan@fulbright.com
5  Email:  jpark@fulbright.com

6  Attorneys for Defendants
   BAYERISCHE HYPO- UND VEREINSBANK AG
7  and HVB U.S. FINANCE INC.

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED AS MODIFIED" — Judge James Ware]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual, | Civil Action No.  C 06 2064 JW HRL |
| Plaintiff, | **STIPULATION RE MODIFICATION OF CASE SCHEDULE; [PROPOSED] ORDER AS MODIFIED** |
| v. | |
| BAYERISCHE HYPO- UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive, | **[N.D.L.R. 6-2]** |
| Defendants. | |

   This Stipulation is entered into by and between Defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively "HVB") and Plaintiff John C. Rezner ("Plaintiff"), through their respective counsel of record.

   A.   On January 30, 2008, the Court approved the parties' Stipulation (with modifications) and set forth the following case schedule:

| Deadline/Event | Date |
|---|---|
| Close of All Discovery | May 12, 2008 |
| Last Date for Hearing Dispositive Motions | July 14, 2008 |
| Preliminary Pretrial Conference Statements | April 4, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | April 14, 2008 |

B. The parties have met and conferred regarding the status of the case and agree that more time is needed to complete discovery and thereby jointly stipulate and request that the Court's Scheduling Order be modified as follows:

| Deadline/Event | Date |
|---|---|
| Close of All Discovery | July 15, 2008 |
| Last Date for Filing Dispositive Motions | August 15, 2008 |
| Preliminary Pretrial Conference Statements | October 3, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | October 13, 2008 |

Dated:  April 2, 2008

Helen L. Duncan
Joseph H. Park
FULBRIGHT & JAWORSKI L.L.P.

      /S/ Joseph H. Park
Joseph H. Park
Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG and HVB U.S. FINANCE INC.

Dated:  April 2, 2008

William M. Lukens
Jennifer L. Jonak
LUKENS LAW GROUP

      /S/ Jennifer L. Jonak
Jennifer L. Jonak
Attorneys for Plaintiff JOHN C. REZNER

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule is modified to the following:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | July 15, 2008 |
| Last Date for Filing Dispositive Motions | **September 15, 2008** |
| Preliminary Pretrial Conference Statements | **June 6, 2008** |
| Preliminary Pretrial Conference at 11 a.m. | **June 16, 2008** |

Dated: April 9, 2008

HON. JAMES WARE
United States District Judge
Northern District of California