LUKENS LAW GROUP
WILLIAM M. LUKENS (State Bar No.: 037196)
JENNIFER L. JONAK (State Bar No.: 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

*Attorneys for Plaintiff John C. Rezner*

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive, <br><br> Defendants. | CASE NO.: 06-2064 JW (RS) <br><br> JOINT CASE MANAGEMENT STATEMENT AND STIPULATION AND [PROPOSED] ORDER TO FURTHER STAY PROCEEDINGS AS TO DOMENICK DEGIORGIO |

This Joint Case Management Statement and Stipulation is entered into by and among Plaintiff John C. Rezner ("Rezner"), by and through his attorney of record, and Defendant Domenick DeGiorgio ("DeGiorgio").

WHEREAS, Rezner commenced this litigation by filing a complaint in the United States District Court, Northern District of California (Case No. 06-2064) against certain entities and individuals, not including DeGiorgio;

WHEREAS on May 29, 2007, Rezner served and filed a Second Amended Complaint, against certain entities and individuals, including DeGiorgio;

WHEREAS, the parties previously stipulated, and this Court ordered that this action would be stayed as to DeGiorgio until the Case Management Conference in this action on April 28, 2008;

1. WHEREAS, the parties are most appreciative of the Court's prior extensions of time and have been working in good faith during that time to negotiate an agreement that will provide for a dismissal of Rezner's claims against DeGiorgio; and

2. WHEREAS, the parties believe that a resolution will be reached within the next thirty (30) days, and thereby request that the Case Management Conference be taken off calendar and the stay as to DeGiorgio remain in effect so that the parties can complete the process.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Rezner and DeGiorgio that this action will be stayed as to DeGiorgio for an additional thirty (30) days, until May 28, 2008, and Rezner and DeGiorgio jointly request that the Case Management Conference be continued from April 28, 2008 at 10 a.m. to May 24, 2008 at 10 a.m., or such other subsequent date and time that this Court deems appropriate.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS FURTHER STIPULATED AND AGREED THAT DeGiorgio will not participate in any conferences, hearings, or other proceedings in this action, and that he need not file any response to the Second Amended Complaint until such time as the further stay expires.

DATED: April 18, 2008

LUKENS LAW GROUP

By: _____
Jennifer L. Jonak

William M. Lukens (State Bar No.: 037196)
Jennifer L. Jonak (State Bar No.: 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

*Attorneys for Plaintiff John C. Rezner*

By: _____
Domenick DeGiorgio

9 Jennings Meadow
Cold Spring Harbor, NY 11724

**\*\*\* ORDER \*\*\*\***

For good cause showing, the Court grants the parties' request for one last continuance of the Case Management Conference currently scheduled for April 28, 2008. The continuance is to accommodate the parties' efforts in resolving the case. The parties shall in good faith reduce their settlement to a writing. The Court sets a new Case Management Conference for **June 16, 2008 at 10 a.m.** This is more time than what the parties asked for; thus, the Court expects that the parties complete their settlement discussion within thirty days from the date of this Order as per their Stipulation and file the required Stipulated Dismissal on or before **June 6, 2008.** If no dismissal is on file by June 6, 2008, the parties shall file a Joint Case Management Statement on that date and appear for the Conference on June 16, 2008 at 10 a.m.

Dated: April 25, 2008

_____
JAMES WARE
United States District Judge