HELEN L. DUNCAN (State Bar No. 101661)
JOSEPH H. PARK (State Bar No. 175064)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower St., 41st Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
Email:  hduncan@fulbright.com
Email:  jpark@fulbright.com

Attorneys for Defendants
BAYERISCHE HYPO- UND VEREINSBANK AG
and HVB U.S. FINANCE INC.

WILLIAM M. LUKENS (State Bar No. 37196)
JENNIFER L. JONAK (State Bar No. 191323)
LUKENS LAW GROUP
One Maritime Plaza, Suite 1600
San Francisco, California 94111
Telephone:  (415) 433-3000
Facsimile:  (415) 781-1034
Email:  wlukens@lukenslaw.com
Email:  jjonak@lukenslaw.com

Attorneys for Plaintiff JOHN C. REZNER

IT IS SO ORDERED AS MODIFIED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BAYERISCHE HYPO- UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive, <br><br> Defendants. | Civil Action No.  C 06 2064 JW HRL <br><br> **STIPULATION RE MODIFICATION OF CASE SCHEDULE; [PROPOSED] ORDER** <br><br> **[N.D.L.R. 6-2]** <br><br> Preliminary Pretrial Conference <br> Date:     June 16, 2008 <br> Time:     11:00 a.m. <br> Ctrm:     8 |

This Stipulation is entered into by and between Defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively "HVB") and Plaintiff John C. Rezner ("Plaintiff"), through their respective counsel of record.

A. On April 9, 2008, the Court approved the parties' Stipulation (with modifications) and set forth the following case schedule:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | July 15, 2008 |
| Last Date for Hearing Dispositive Motions | September 15, 2008 |
| Preliminary Pretrial Conference Statements | June 6, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | June 16, 2008 |

B. Both parties have been continuing with discovery in this case. The parties will be unable to complete discovery, however, until the Court has issued its decision on HVB's motion for summary judgment and Plaintiff's motion to compel discovery (which has been stayed pending the Court's ruling on HVB's summary judgment motion).

C. Accordingly, the parties stipulate and request that the Court's Scheduling Order be modified as follows, which reflects an extension of approximately 60 days:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | September 15, 2008 |
| Last Date for Filing Dispositive Motions | October 20, 2008 |
| Preliminary Pretrial Conference Statements Due | August 8, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | August 18, 2008 |

D. The parties also request that the Court schedule a case management conference to address case management issues.

Dated: June 6, 2008

Helen L. Duncan
Joseph H. Park
FULBRIGHT & JAWORSKI L.L.P.

           /S/ Joseph H. Park
Joseph H. Park
Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG and HVB U.S. FINANCE INC.

Dated: June 6, 2008

William M. Lukens
Jennifer L. Jonak
LUKENS LAW GROUP

           /S/ Jennifer L. Jonak
Jennifer L. Jonak
Attorneys for Plaintiff JOHN C. REZNER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule is modified to the following:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | **August 18, 2008** |
| Last Date for HEARING Dispositive Motions | **October 20, 2008 at 9 a.m.** |
| Preliminary Pretrial Conference Statements Due | **September 5, 2008** |
| Preliminary Pretrial Conference at 11 a.m. | **September 15, 2008 at 11 a.m.** |
| Further Case Management Conference | **July 7, 2008 at 10 a.m.** |
| Joint Case Management Statement | **June 27, 2008** |

Since the parties have requested a Further Case Management Conference, the parties' Joint Case Management Statement shall clearly set forth the issues in dispute in advance of the July 7, 2008 conference.

Dated: June 12, 2008

_James Ware_
JAMES WARE
United States District Judge