| | |
|---|---|
| 1 | JOSEPH H. PARK (State Bar No. 175064) |
| | FULBRIGHT & JAWORSKI L.L.P. |
| 2 | 555 South Flower St., 41st Floor |
| | Los Angeles, California 90071 |
| 3 | Telephone: (213) 892-9200 |
| | Facsimile: (213) 892-9494 |
| 4 | Email: jpark@fulbright.com |

Attorneys for Defendants
BAYERISCHE HYPO- UND VEREINSBANK AG
and HVB U.S. FINANCE INC.

WILLIAM M. LUKENS (State Bar No. 37196)
JENNIFER L. JONAK (State Bar No. 191323)
LUKENS LAW GROUP
One Maritime Plaza, Suite 1600
San Francisco, California 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034
Email: wlukens@lukenslaw.com
Email: jjonak@lukenslaw.com

Attorneys for Plaintiff JOHN C. REZNER

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual, | Civil Action No. C 06 2064 JW HRL |
| Plaintiff, | **STIPULATION RE MODIFICATION OF CASE SCHEDULE; [PROPOSED] ORDER** |
| v. | |
| BAYERISCHE HYPO- UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive, | [N.D.L.R. 6-2] |
| | Preliminary Pretrial Conference |
| | Date: September 22, 2008 |
| | Time: 11:00 a.m. |
| | Ctrm: 8 |
| Defendants. | |

1       This Stipulation is entered into by and between Defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively "HVB") and Plaintiff John C. Rezner ("Plaintiff"), through their respective counsel of record.

      A.    On July 3, 2008, the Court ordered the following pretrial schedule given the Court's pending ruling on HVB's motion for summary judgment and the stay of Plaintiff's motion to compel production of documents (Dckt. #132):

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | October 22, 2008 |
| Last Date for Hearing Dispositive Motions | November 17, 2008 |
| Preliminary Pretrial Conference Statements | September 12, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | September 22, 2008 |

      B.    On August 13, 2008, the Court issued its order denying HVB's motion for summary judgment and lifting the stay of any discovery pending the Court's ruling on the motion.

      C.    The parties have met and conferred regarding the additional discovery necessary to prepare this case for trial and the need for additional time to complete such discovery. Based on the parties' discussions – and taking into account the current trial schedules of counsel in other cases as well as holiday periods for counsel and the witnesses – the parties seek a modification of the current pretrial schedule to the following:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | January 16, 2009 |
| Last Date for Hearing Dispositive Motions | February 16, 2009 |
| Preliminary Pretrial Conference Statements Due | December 5 or 12, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | December 15 or 22, 2008 |

| | | |
|---|---|---|
| 1 | Dated: August 18, 2008 | Kathryn Keneally<br>Joseph H. Park<br>India DeCarmine<br>FULBRIGHT & JAWORSKI L.L.P. |
| | | /S/ Joseph H. Park<br>Joseph H. Park<br>Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG and HVB U.S. FINANCE INC. |
| | Dated: August 18, 2008 | William M. Lukens<br>Jennifer L. Jonak<br>LUKENS LAW GROUP |
| | | /S/ Jennifer L. Jonak<br>Jennifer L. Jonak<br>Attorneys for Plaintiff JOHN C. REZNER |

### [PR~~OPOS~~ED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule is modified to the following:

| Deadline/Event | Date |
|---|---|
| Close of All Discovery | January 16, 2009 |
| Last Date for Hearing Dispositive Motions | **February 23, 2009** |
| Preliminary Pretrial Conference Statements Due | **December 5, 2008** |
| Preliminary Pretrial Conference at 11 a.m. | **December 15, 2008** |

Dated: August 28, 2008

*James Ware*
HON. JAMES WARE
United States District Judge
Northern District of California