| | |
|---|---|
| 1 | JOSEPH H. PARK (State Bar No. 175064)<br>FULBRIGHT & JAWORSKI L.L.P. |
| 2 | 555 South Flower St., 41st Floor<br>Los Angeles, California  90071 |
| 3 | Telephone:  (213) 892-9200<br>Facsimile:  (213) 892-9494 |
| 4 | Email:  jpark@fulbright.com |
| 5 | Attorneys for Defendants<br>BAYERISCHE HYPO- UND VEREINSBANK AG |
| 6 | and HVB U.S. FINANCE INC. |
| 7 | |
| 8 | WILLIAM M. LUKENS (State Bar No. 37196)<br>JENNIFER L. JONAK (State Bar No. 191323)<br>LUKENS LAW GROUP |
| 9 | One Maritime Plaza, Suite 1600<br>San Francisco, California 94111 |
| 10 | Telephone:  (415) 433-3000<br>Facsimile:  (415) 781-1034 |
| 11 | Email:  wlukens@lukenslaw.com<br>Email:  jjonak@lukenslaw.com |
| 12 | |
| 13 | Attorneys for Plaintiff JOHN C. REZNER |

**DENIED WITHOUT PREJUDICE**
*[signed] James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BAYERISCHE HYPO- UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE THROUGH THIRTY, inclusive,<br><br>　　　　　　　Defendants. | Civil Action No.  C 06 2064 JW<br><br>ORDER DENYING STIPULATION FOR MODIFICATION OF CASE SCHEDULE<br><br><br><br>Preliminary Pretrial Conference<br>Date:　December 15, 2008<br>Time:　11:00 a.m.<br>Ctrm:　8 |

DOCUMENT PREPARED
ON RECYCLED PAPER

- 1 -

STIPULATION RE MODIFICATION OF CASE SCHEDULE; [PROPOSED] ORDER　　　　　　　CASE NO. C 06 2064 JW

1   This Stipulation is entered into by and between Defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively "HVB") and Plaintiff John C. Rezner ("Plaintiff"), through their respective counsel of record.

A.   On August 28, 2008, the Court ordered the following pretrial schedule (Dckt. #142):

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | January 16, 2009 |
| Last Date for Hearing Dispositive Motions | February 23, 2009 |
| Preliminary Pretrial Conference Statements | December 5, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | December 15, 2008 |

B.   The parties have met and conferred regarding the additional discovery necessary to prepare this case for trial and the need for additional time to complete such discovery. The parties have also met and conferred regarding the possibility of mediating this case and have scheduled a mediation for December 4, 2008.

C.   Based on the parties' discussions – including the scheduled mediation and the additional discovery necessary to prepare this case for trial – the parties seek a modification of the current pretrial schedule to the following:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | March 31, 2009 |
| Last Date for Hearing Dispositive Motions | April 30, 2009 |
| Preliminary Pretrial Conference Statements Due | February 16, 2009 |
| Preliminary Pretrial Conference at 11 a.m. | February 23, 2009 or March 2, 2009 |

| | |
|---|---|
| Dated:  November 12, 2008 | Kathryn Keneally<br>Joseph H. Park<br>India DeCarmine<br>FULBRIGHT & JAWORSKI L.L.P. |
| | /S/ Joseph H. Park<br>Joseph H. Park<br>Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG and HVB U.S. FINANCE INC. |
| Dated:  November 12, 2008 | William M. Lukens<br>Jennifer L. Jonak<br>LUKENS LAW GROUP |
| | /S/ Jennifer L. Jonak<br>Jennifer L. Jonak<br>Attorneys for Plaintiff JOHN C. REZNER |

## ~~PROPOSED~~ ORDER

Upon consideration, the Court DENIES the parties' Stipulation without prejudice to being renewed.  Since the parties are scheduled for mediation on December 4, 2008, the parties can update the Court on their efforts in their Joint Preliminary Pretrial Statement which is due on **December 5, 2008**.  If mediation is fruitful and the parties wish to focus their efforts on settlement, the Court will then entertain a Stipulation to extend the current case schedule.

The Preliminary Pretrial Conference currently set for **December 15, 2008** shall remain on calendar.  For good cause shown, it may be continued to accommodate the parties' settlement efforts.

Dated:  November 20, 2008

HON. JAMES WARE
United States District Judge
Northern District of California