JOSEPH H. PARK (State Bar No. 175064)
FULBRIGHT & JAWORSKI L.L.P.
555 South Flower St., 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: jpark@fulbright.com

KATHRYN KENEALLY (pro hac vice)
INDIA DECARMINE (pro hac vice)
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 318-3000
Facsimile: (212) 318-3400
Email: kkeneally@fulbright.com
Email: idecarmine@fulbright.com

Attorneys for Defendants
BAYERISCHE HYPO- UND VEREINSBANK AG
and HVB U.S. FINANCE INC.

WILLIAM M. LUKENS (State Bar No. 37196)
JENNIFER L. JONAK (State Bar No. 191323)
LUKENS LAW GROUP
One Maritime Plaza, Suite 1600
San Francisco, California 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034
Email: wlukens@lukenslaw.com
Email: jjonak@lukenslaw.com

Attorneys for Plaintiff JOHN C. REZNER

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual, | Civil Action No. C 06 2064 JW (RS) |
| Plaintiff, | **STIPULATION RE MODIFICATION OF CASE SCHEDULE; [PROPOSED] ORDER** |
| v. | |
| BAYERISCHE HYPO- UND VEREINSBANK AG, *et al.*, | **[N.D.L.R. 6-2]** |
| Defendants. | Preliminary Pretrial Conference<br>Date: December 15, 2008<br>Time: 11:00 a.m.<br>Ctrm: 8 |

1  This Stipulation is entered into by and between Defendants Bayerische Hypo- und
2  Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively
3  "HVB") and Plaintiff John C. Rezner ("Plaintiff"), through their respective counsel of record.

4  A.  On August 28, 2008, the Court ordered the following pretrial schedule (Dckt.
5  #142):

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | January 16, 2009 |
| Last Date for Hearing Dispositive Motions | February 23, 2009 |
| Preliminary Pretrial Conference Statements | December 5, 2008 |
| Preliminary Pretrial Conference at 11 a.m. | December 15, 2008 |

B.  On November 13, 2008, the parties submitted their stipulation to modify the pretrial schedule to the following:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | March 31, 2009 |
| Last Date for Hearing Dispositive Motions | April 30, 2009 |
| Preliminary Pretrial Conference Statements | February 16, 2009 |
| Preliminary Pretrial Conference at 11 a.m. | February 23, 2009 or March 2, 2009 |

C.  On November 20, 2008, the Court entered its Order denying the parties' stipulation:

> Upon consideration, the Court DENIES the parties' Stipulation without prejudice to being renewed. Since the parties are scheduled for mediation on December 4, 2008, the parties can update the Court on their efforts in their Joint Preliminary Pretrial Statement which is due on **December 5, 2008**. If mediation is fruitful and the parties wish to focus their efforts on settlement, the Court will then entertain a Stipulation to extend the current case schedule.
>
> The Preliminary Pretrial Conference currently set for **December 15, 2008** shall remain on calendar. For good cause shown, it may be continued to accommodate the parties' settlement efforts.

DOCUMENT PREPARED ON RECYCLED PAPER

D. The parties are submitting concurrently herewith their Joint Preliminary Pretrial Conference Statement which, per the Court's November 20, 2008 Order, provides the following update regarding their settlement efforts:

> On December 4, 2008, the parties engaged in private mediation in New York. At the mediation, the parties agreed to share certain materials and information – not otherwise discoverable – that the parties believe will facilitate further settlement discussions. [fn] The parties also agreed to participate in a follow-up mediation session after the parties have had the opportunity to share and adequately consider such materials and/or information. The parties will continue to work diligently towards completing discovery while settlement discussions continue.

E. As noted and requested in the parties' Joint Preliminary Pretrial Conference Statement, the parties stipulate and request that the Court modify the current Scheduling Order as follows:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | March 31, 2009 |
| Last Date for Filing Dispositive Motions | April 30, 2009 |
| Preliminary Pretrial Conference Statements | February 16, 2009 |
| Preliminary Pretrial Conference at 11 a.m. | February 23, 2009 or March 2, 2009 |

Dated: December 5, 2008

Kathryn Keneally
Joseph H. Park
India DeCarmine
FULBRIGHT & JAWORSKI L.L.P.

_____/S/ Joseph H. Park_____
Joseph H. Park
Attorneys for Defendants
BAYERISCHE HYPO- UND VEREINSBANK AG and HVB U.S. FINANCE INC.

Dated: December 5, 2008

William M. Lukens
Jennifer L. Jonak
LUKENS LAW GROUP

_____/S/ Jennifer L. Jonak_____
Jennifer L. Jonak
Attorneys for Plaintiff JOHN C. REZNER

1  [~~PROPOSED~~] ORDER

2  PURSUANT TO STIPULATION, IT IS SO ORDERED that the case schedule is modified
3  as follows:

| Deadline/Event | Date |
| --- | --- |
| Close of All Discovery | March 31, 2009 |
| **Last Date for Hearing on Dispostive Motions** | **May 18, 2009 at 9 a.m.** |
| Preliminary Pretrial Conference Statements | **February 13, 2009** |
| Preliminary Pretrial Conference at 11 a.m. | **February 23, 2009** |

In light of this Order, the Preliminary Pretrial Conference set for December 15, 2008 is VACATED.

Dated:  December 10, 2008

*/s/ James Ware*
HON. JAMES WARE
United States District Judge
Northern District of California

- 4 -

STIPULATION TO MODIFY CASE SCHEDULE                                   CASE NO. C 06 2064 JW RS

DOCUMENT PREPARED ON RECYCLED PAPER