1  JOSEPH H. PARK (State Bar No. 175064)
   FULBRIGHT & JAWORSKI L.L.P.
2  555 South Flower St., 41st Floor
   Los Angeles, California  90071
3  Telephone:  (213) 892-9200
   Facsimile:  (213) 892-9494
4  Email:  jpark@fulbright.com

5  KATHRYN KENEALLY (*pro hac vice*)
   FULBRIGHT & JAWORSKI L.L.P.
6  666 Fifth Avenue
   New York, New York 10103
7  Telephone:  (212) 318-3000
   Facsimile:  (212) 318-3400
8  Email:  kkeneally@fulbright.com

9  Attorneys for Defendants
   BAYERISCHE HYPO- UND VEREINSBANK AG
10 and HVB U.S. FINANCE INC.

12 WILLIAM M. LUKENS (State Bar No. 37196)
   JENNIFER L. JONAK (State Bar No. 191323)
   LUKENS LAW GROUP
13 One Maritime Plaza, Suite 1600
   San Francisco, California 94111
14 Telephone:  (415) 433-3000
   Facsimile:  (415) 781-1034
15 Email:  wlukens@lukenslaw.com
   Email:  jjonak@lukenslaw.com

17 Attorneys for Plaintiff JOHN C. REZNER

**IT IS SO ORDERED AS MODIFIED**
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>BAYERISCHE HYPO- UND VEREINSBANK AG, a corporation, *et al*.<br><br>  Defendants. | Civil Action No.  C 06 2064 JW<br><br>**STIPULATION RE PAGE LIMITATIONS FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER**<br><br>**[N.D.L.R. 7-12]** |

1    This Stipulation is entered into by and between Plaintiff John C. Rezner ("Plaintiff") and Defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively "HVB"), through their respective counsel of record.

    1.   Plaintiff intends to file a motion for partial summary judgment concerning claims against HVB in this action.

    2.   Due to the complexity of the issues to be presented, Plaintiff seeks a page limit for the briefing which exceeds the page limitations provided in Local Rule 7-4(b) to properly brief the issues. HVB has agreed to an increase in the page limitations for the briefs to be filed in connection with the motion.

    3.   Accordingly, the parties stipulate and agree as follows:

       a.   Plaintiff's memoranda of points and authorities for his motion for partial summary judgment and reply in support thereof shall not exceed a total of 75 pages; and

       b.   HVB's memoranda of points and authorities in opposition to Plaintiff's motion for summary judgment shall not exceed a total of 50 pages.

Dated: January 27, 2009

Kathryn Keneally
Joseph H. Park
FULBRIGHT & JAWORSKI L.L.P.


    /S/ Joseph H. Park
Joseph H. Park
Attorneys for Defendants BAYERISCHE HYPO- UND VEREINSBANK AG and HVB U.S. FINANCE INC.

Dated: January 27, 2009

William M. Lukens
Jennifer L. Jonak
LUKENS LAW GROUP


    /S/ Jennifer L. Jonak
Jennifer L. Jonak
Attorneys for Plaintiff JOHN C. REZNER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the page limitations for the motion for summary judgment to be filed by Plaintiff are modified as follows:

a. Plaintiff's memoranda of points and authorities in support of his motion for partial summary judgment and reply in support thereof shall not exceed a total of **35** pages; and

b. HVB's memoranda of points and authorities in opposition to Plaintiff's motion for summary judgment shall not exceed a total of **35** pages.

Dated: January 28, 2009

HON. JAMES WARE
United States District Judge
Northern District of California

STIPULATION RE PAGE LIMITATIONS FOR MOTION FOR SUMMARY JUDGMENT        CASE NO. C 06 2064 JW