UNITED STATES DISTRICT COURT
IT IS SO ORDERED AS MODIFIED
Judge James Ware
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Rezner,<br><br>William E. Gustashaw,<br><br>Plaintiffs,<br><br>v.<br><br>Bayerische Hypo-Und Vereinsbank, AG, a corporation, et al.,<br><br>Defendants. | Case No. CV-06-2064 (JW)<br>Case No. CV-08-3479 (JW)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESCHEDULING CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS** |

1  This Stipulation is entered into by and between Defendants Bayerische Hypo- und

2  Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively

3  "HVB") and Plaintiff William E. Gustashaw, Jr. ("Plaintiff"), through their respective counsel of

4  record.

5                                    **RECITALS**

6  A.  Currently pending before the Court are two cases which have been ordered related

7  – the instant case *Gustashaw v. Bayerische Hypo- Und Vereinsbank, A.G. et al.*, Case No. CV-08-

8  3479 (JW) and *Rezner v. Bayerische Hypo- Und Vereinsbank, A.G. et al.*, Case No. CV-062064

9  JW (RS)

10  B.  Plaintiffs in both the *Rezner* and *Gustashaw* cases are represented by William M.

11  Lukens and Jennifer L. Jonak of the Lukens Law Group while HVB, the defendant in both

12  actions, is primarily represented by Kathryn Keneally and Joseph Park of Fulbright & Jaworski's

13  New York and Los Angeles offices, respectively.

14  C.  The following matters are currently scheduled to be addressed by the Court on the

15  following dates in the following actions:

16  | Case | Matter | Time/Date |
|------|--------|-----------|
17  | *Gustashaw* | Case Management Conference | 10 a.m., February 9, 2009 |
18  | *Rezner* | Pretrial Conference | 11 a.m., February 23, 2009 |
19  | *Gustashaw* | Hearing on Motion to Dismiss | 9 a.m., March 9, 2009 |

20

21  D.  One of the parties' litigation counsel has a conflict with the February 23, 2009

22  date, but all counsel are available on March 9, 2009.

23  E.  Given: (1) that the *Rezner* and *Gustashaw* Actions are related; (2) the identity of

24  counsel for the parties in both actions; (3) the unavailability of one of the litigation counsel on

25  February 23, 2009; (4) the availability of counsel on March 9, 2009, the currently scheduled date

26  for the hearing on HVB's Motion to Dismiss the *Gustashaw* action; and (5) that counsel for HVB

27  are from New York and Los Angeles: the parties seek to have the Case Management Conference

28

1   and Motion to Dismiss hearing in the *Gustashaw* case and the Pre-Trial Conference in the *Rezner*

2   case all heard and addressed on March 9, 2009 at 11:00 a.m.

3                                    <u>**STIPULATION**</u>

4           Based on the foregoing recitals, the parties, through their respective counsel of record,

5   stipulate and agree as follows:

6           1.      The Case Management Conference and the hearing on HVB's Motion to Dismiss

7   in the *Gustashaw* action and the Pretrial Conference in the *Rezner* action are each continued to

8   March 9, 2009 at 11:00 a.m.

9           2.      The parties' shall file their Joint Case Management Statement in the *Gustashaw*

10  action on or before February 27, 2009.

11
                                        Kathryn Keneally
12                                      Joseph H. Park
                                        India Decarmine
13                                      Tarifa B. Laddon
                                        FULBRIGHT & JAWORSKI L.L.P.
14

15  Dated:  January 27, 2009            _____
                                        Joseph H. Park
16
                                        Attorneys for Defendants BAYERISCHE HYPO-
17                                      UND VEREINSBANK AG and HVB U.S.
                                        FINANCE, INC.
18
                                        William M. Lukens
19                                      Jennifer L. Jonak
                                        LUKENS LAW GROUP
20

21  Dated:  January 27, 2009            _____/S/ Jennifer L. Jonak_____
                                        Jennifer L. Jonak
22
                                        Attorneys for Plaintiff WILLIAM E.
23                                      GUSTASHAW, JR.

24

25

26

27

28

1

**[PROPOSED] ORDER**

2      The Court finds good cause to grant the parties' Stipulation as modified:

3 (1)  The Case Management Conference in the <u>Gustashaw</u> action is continued from February 2,

4
5 2009 to **March 9, 2009 at 10 a.m.**  On or before **February 27, 2009**, the parties shall file a Joint

6 Case Management Statement.  The Statement shall include, among other things, a good faith

7 discovery plan with a proposed date for the close of all discovery.

8 (2)  The Preliminary Pretrial Conference in the <u>Rezner</u> action is continued from February 23,

9
10 2009 to **March 9, 2009 at 11 a.m.**  On or before **February 27, 2009**, the parties shall file a Joint

11 Preliminary Pretrial Statement.  The Statement shall include, among other things, the parties'

12 position with respect to their readiness for trial and a proposed schedule for trial.

13

14 Dated:  January 28, 2009                    _____

15                                             JAMES WARE
                                            United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28