1  JOSEPH H. PARK (Bar No. 175064)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street, Forty-First Floor
   Los Angeles, CA  90071
3  Telephone:  (213) 892-9200
   Facsimile:  (213) 892-9494
4  Email:  jpark@fulbright.com

5  KATHRYN KENEALLY (Admitted *pro hac vice*)
   **FULBRIGHT & JAWORSKI L.L.P.**
6  666 Fifth Avenue
   New York, New York  10103
7  Telephone:  (212) 318-3000
   Facsimile:  (212) 318-3400
8  Email:  kkeneally@fulbright.com

9  Attorneys for Defendants
   BAYERISCHE HYPO- UND VEREINSBANK AG and
10 HVB U.S. FINANCE, INC.

11

12 WILLIAM M. LUKENS
   JENNIFER L. JONAK
13 **LUKENS LAW GROUP**
   One Maritime Plaza, Suite 1600
14 San Francisco, California 94111
   Telephone:  (415) 433-3000
15 Facsimile:  (415) 781-1034
   Email:  wlukens@lukenslaw.com
   Email:  jjonak@lukenslaw.com
16
   Attorneys for Plaintiff JOHN C. REZNER
17

IT IS SO ORDERED
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual, | Case No.  C-06-2064-JW RS |
| Plaintiff, | **STIPULATION RE BRIEFING SCHEDULE AND HEARING FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT; [PROPOSED] ORDER** |
| v. | |
| BAYERISCHE HYPO- UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE through THIRTY, inclusive, | **[N.D.L.R. 7-12]** |
| Defendants. | |

1   This Stipulation is entered into by and between plaintiff John C. Rezner ("Plaintiff") and defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.) (collectively, "HVB"), through their respective counsel of record.

1. On February 3, 2009, Plaintiff filed a Motion for Partial Summary Judgment ("MSJ") concerning claims against HVB in this action.

2. HVB's Opposition to the MSJ is currently scheduled to be filed on March 2, 2009 and Plaintiff's Reply is currently scheduled to be filed on March 9, 2009. The MSJ is calendared for hearing on March 23, 2009.

3. The parties stipulate and agree to the following modification to the briefing schedule and hearing date for the MSJ:

| Event | Current Date | Proposed Date |
|---|---|---|
| HVB Opposition | March 2, 2009 | March 9, 2009 |
| Plaintiff Reply | March 9, 2009 | March 23, 2009 |
| Hearing | March 23, 2009, 9 a.m. | April 6, 2009, 9 a.m. |

Dated:   February 25, 2009

KATHRYN KENEALLY (Admitted *pro hac vice*)
JOSEPH H. PARK
**FULBRIGHT & JAWORSKI L.L.P.**

 /S/ Joseph H. Park
Joseph H. Park
Attorneys for Defendants
BAYERISCHE HYPO- UND VEREINSBANK
AG AND HVB U.S. FINANCE INC.

Dated:   February 25, 2009

WILLIAM M. LUKENS
JENNIFER L. JONAK
**LUKENS LAW GROUP**

 /s/ Jennifer L. Jonak
Jennifer L. Jonak
Attorneys For Plaintiff JOHN C. REZNER

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the briefing schedule and hearing date for Plaintiff's Motion for Partial Summary Judgment are modified as follows:

| Event | Current Date | NEW DATE |
|---|---|---|
| HVB Opposition | March 2, 2009 | March 9, 2009 |
| Plaintiff Reply | March 9, 2009 | March 23, 2009 |
| Hearing | March 23, 2009, 9 a.m. | April 6, 2009, 9 a.m. |

Dated: March 6, 2009

_____
HON. JAMES WARE
United States District Judge
Northern District of California