KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
E-Mail: wgoodman@kasowitz.com
Michelle L. Landry (SBN 190080)
mlandry@kasowitz.com
Mark P. Ressler (admitted *Pro Hac Vice*)
E-Mail: mressler@kasowitz.com
Ronald R. Rossi (admitted *Pro Hac Vice*)
E-Mail: rrossi@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendants
Bayerische Hypo-Und Vereinsbank AG
and HVB U.S. Finance, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE through THIRTY, inclusive,<br><br>  Defendants. | CASE NO. C-06-2064-JW<br><br>**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[N.D. Cal. Civil L. R. 79-5] |

Defendants BAYERISCHE HYPO-UND VEREINSBANK AG and HVB U.S. FINANCE, INC. (collectively "HVB") hereby request, pursuant to Local Rule 79-5, that certain portions of HVB's Oppositions to Plaintiff's Daubert motions to exclude Dlugash and Nelson, and supporting Declaration of Mark Ressler, Exhibits A-Q be filed under seal and that redacted versions of the Motion and Declaration appear in the public file.

As set forth in the Declaration of Michelle L. Landry in Support of Administrative Motion to File Documents Under Seal, the documents sought to be sealed contain information that one of the parties has designated as "Confidential" pursuant to the Amended Confidentiality Stipulation and Protective Order (Doc. # 115), dated March 20, 2008.

Because this request seeks sealing only those portions of the documents deemed "Confidential", the request is narrowly tailored seeking sealing only of protected material. Redacted versions of these documents are on file as part of the public record.

DATED: April 27, 2009

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**

By: _____/s/ Michelle L. Landry_____
William M. Goodman (SBN 61305)
Michelle L. Landry (SBN 190080)
*Attorneys for Defendants*
BAYERISCHE HYPO-UND VEREINSBANK AG
and HVB U.S. FINANCE, INC

8024761