LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

ALLEN J. RUBY (SBN 047109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff John C. Rezner

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
Mark P. Ressler
Ronald R. Rossi
Trevor J. Welch
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendants
BAYERISCHE HYPO-UND VEREINSBANK AG
and HVB U.S. FINANCE, INC.

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; and DOES ONE THROUGH THIRTY, inclusive;<br><br>    Defendants. | Case No. 06-2064 JW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DAMAGES BRIEFING |

STIPULATION RE DAMAGES BRIEFING (C 06-2064 JW)

1
2       WHEREAS, the Court has ordered that the parties file briefs on the issue of
3  available damages by May 12, 2009;
4       WHEREAS, the parties have been discussing the possibility of resolving the
5  remaining issues left in this case, including damages issues, by means of a stipulated
6  judgment;
7       WHEREAS, the parties agree that an additional day in which to resolve these
8  issues and submit damages briefing would be productive and in the interests of judicial
9  economy by eliminating or narrowing the damages and other issues in dispute;
10      Therefore, Plaintiff John C. Rezner ("Plaintiff") and Defendants Bayerische Hypo-
11 und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance, Inc.)
12 (collectively "HVB"), by through their respective counsel of record, hereby respectfully
13 request that the Court extend the time for damages briefing until May 13, 2009.

14
15  Dated: May 12, 2009        LUKENS LAW GROUP
                                WILLIAM M. LUKENS
16                              JENNIFER L. JONAK
17
                                By: _____
18                                   Attorneys for Plaintiff
19
20  Dated: May 12, 2009        KASOWITZ, BENSON, TORRES & FRIEDMAN
                                MARK P. RESSLER
21                              RONALD ROSSI
22
                                By: _____
23                                   Attorneys for Defendants
24
25
26
27
28

STIPULATION RE DAMAGES BRIEFING (C 06-2064 JW) 2

## [PROPOSED] ORDER

The Court is encouraged that the parties are in settlement discussion to resolve this case short of trial. Accordingly, the Court GRANTS the parties' Stipulation. However, in the event that the parties' efforts are not fruitful, the Court requires sufficient time to evaluate the parties' briefs regarding available damages. Thus, the briefs shall be submitted on **May 13, 2009 by 3 p.m.**

Dated: May 12, 2009

_____
Hon. James Ware
United States District Court
Northern District of California