LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

ALLEN J. RUBY (SBN 047109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff John C. Rezner

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
Mark P. Ressler
Ronald R. Rossi
Trevor J. Welch
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Defendants
BAYERISCHE HYPO-UND VEREINSBANK AG
and HVB U.S. FINANCE, INC.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; and DOES ONE THROUGH THIRTY, inclusive;<br><br>Defendants. | Case No. 06-2064 JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONSENT JUDGMENT AND PARTIAL SETTLEMENT** |

---

STIPULATION RE CONSENT JUDGMENT AND PARTIAL SETTLEMENT (C 06-2064 JW)

1   WHEREAS, the Court has ordered that trial commence in this action on Tuesday,
2   May 19, 2009;

3   WHEREAS, the parties have agreed upon terms for a stipulated judgment and
4   partial settlement that will eliminate the need for a trial;

5   WHEREAS, the parties hope to reduce their agreement to a final memorialization
6   by Friday, May 22, 2009;

7   WHEREAS, the parties intend to jointly apprise the Court of the status of these
8   efforts by Friday, May 22, 2009;

9   THEREFORE, Plaintiff John C. Rezner ("Plaintiff") and Defendants Bayerische
10  Hypo- und Vereinsbank AG and HVB U.S. Finance Inc. (f/k/a HVB Structured Finance,
11  Inc.) (collectively "HVB"), by through their respective counsel of record, hereby
12  respectfully request that the Court adjourn the start of trial in this matter from Tuesday,
13  May 19, 2009 until Tuesday, May 26, 2009, and all other pending deadlines, to permit
14  them time to complete this process.

Dated:  May 14, 2009

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK

By: *Jennifer L. Jonak /RAR*
Attorneys for Plaintiff

Dated: May 14, 2009

KASOWITZ, BENSON, TORRES & FRIEDMAN
MARK P. RESSLER
RONALD ROSSI

By: *[signature]*
Attorneys for Defendants

---

STIPULATION RE CONSENT JUDGMENT AND PARTIAL SETTLEMENT (C 06-2064 JW)
2

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

In light of the parties' presentation, the Court VACATES all trial dates. The Court orders the Clerk of Court to terminate all pending motions. The parties shall file a Stipulated Judgment and Dismissal on or before **May 22, 2009 by 3 p.m**. The parties shall appear for a Status Conference re: Settlement on **June 1, 2009 at 9 a.m.** If no Stipulated Dismissal is on filed on May 22, 2009, the parties shall file a Joint Status Statement to update the Court on their efforts to reduce their settlement to a writing.

Dated: May 15, 2009

_____
Hon. James Ware
United States District Court
Northern District of California