```
 1  LUKENS LAW GROUP
    WILLIAM M. LUKENS (SBN 037196)
 2  JENNIFER L. JONAK (SBN 191323)
    One Maritime Plaza, Suite 1600
 3  San Francisco, CA 94111
    Telephone: (415) 433-3000
 4  Facsimile: (415) 781-1034

 5  ALLEN J. RUBY (SBN 047109)
    LAW OFFICES OF ALLEN RUBY
 6  125 South Market Street, Suite 1001
    San Jose, CA 95113
 7  Telephone: (408) 998-8500
    Facsimile: (408) 998-8503
 8
    Attorneys for Plaintiff John C. Rezner
 9
    KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
10  Mark P. Ressler
    Ronald R. Rossi
11  1633 Broadway
    New York, NY 10019-6799
12  Telephone: (212) 506-1700
    Facsimile: (212) 506-1800
13
    Attorneys for Defendants
14  BAYERISCHE HYPO-UND VEREINSBANK AG
    and HVB U.S. FINANCE, INC.
15
```

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; and DOES ONE THROUGH THIRTY, inclusive;<br><br>    Defendants. | Case No. 06-2064 JW<br><br>**UPDATED JOINT STATUS STATEMENT REGARDING STIPULATED JUDGMENT AND DISMISSAL**<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

By Order dated May 15, 2009, the Court instructed the parties to file a Joint Status Statement "to update the Court on their efforts to reduce their settlement to a writing" in

the event the parties were unable to file a Stipulated Judgment and Dismissal on or before May 22, 2009 by 3 p.m.

On May 22, 2009, the parties filed a Joint Status Statement advising the Court that they are continuing to work in good faith "to reduce their settlement to a writing."

Today, the parties finalized the form of the settlement agreement, and the parties anticipate that the agreement will be signed by their respective clients by or before June 1, 2009. The parties further anticipate that, after they perform certain obligations pursuant to the settlement agreement, they will be able to submit a dismissal of one claim, and stipulated final judgment as to the remaining claims, by June 11, 2009.

Accordingly, the parties jointly request that the Court reschedule the Status Conference regarding settlement, currently scheduled for 9:00 a.m. on June 1, 2009, to June 4, 2009. The parties anticipate that if, as expected, the settlement agreement is signed on June 1, 2009, they will jointly request that the Court vacate the June 4, 2009 status conference.

Dated: May 29, 2009

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK

By: _____ /MPR
    Attorneys for Plaintiff

Dated: May 29, 2009

KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
MARK P. RESSLER
RONALD R. ROSSI

By: _____
    Attorneys for Defendants

*** ORDER ***

In light of the parties' representation, the Court finds good cause to continue the Status Conference from June 1, 2009 to **June 15, 2009 at 10 a.m.** On or before **June 11, 2009**, the parties shall file their Stipulated Dismissal.

Dated: May 29, 2009

_____
JAMES WARE
United States District Judge