LUKENS LAW GROUP
WILLIAM M. LUKENS (SBN 037196)
JENNIFER L. JONAK (SBN 191323)
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-3000
Facsimile: (415) 781-1034

ALLEN J. RUBY (SBN 047109)
LAW OFFICES OF ALLEN RUBY
125 South Market Street, Suite 1001
San Jose, CA 95113
Telephone: (408) 998-8500
Facsimile: (408) 998-8503

Attorneys for Plaintiff John C. Rezner

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
Mark P. Ressler (admitted *pro hac vice*)
Ronald R. Rossi (admitted *pro hac vice*)
Michael A. Hanin (admitted *pro hac vice*)
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendants
Bayerische Hypo- und Vereinsbank AG
and HVB U.S. Finance, Inc.

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; and DOES ONE through THIRTY, inclusive,<br><br>                    Defendants. | CASE NO. C-06-2064-JW<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANTS' MOTION TO STAY ENFORCEMENT OF THE STIPULATED JUDGMENT |

WHEREAS, on July 10, 2009 the Court issued an order granting in part defendants' motion to expedite, in which the Court ordered that Plaintiff file his opposition to Defendants' motion to stay enforcement of the stipulated judgment (the "Motion") on or before July 14, 2009, and that Defendants file their reply, if any, on or before July 16, 2009;

WHEREAS, Plaintiff filed his opposition on July 14, 2009;

WHEREAS, HVB wishes to have an additional two weeks to file its reply brief and make a proposal to Plaintiff that HVB believes may resolve the Motion by mutual consent before the Motion is taken under submission by the Court;

WHEREAS, Plaintiff has no objection to an extension of time for HVB to file its reply brief, but is not hereby agreeing to any other arrangement, including any of the relief sought in HVB's Motion;

THEREFORE, the parties, by and through their respective counsel of record, hereby respectively request that the Court permit Defendants to submit their reply papers on or before July 30, 2009, and that the Court take the Motion under submission after Defendants have submitted their reply.

Dated: July 16, 2009

LUKENS LAW GROUP
WILLIAM M. LUKENS
JENNIFER L. JONAK

By: _____Jenny Jonak /MPR_____
Attorneys for Plaintiff

Dated: July 16, 2009

KASOWITZ, BENSON, TORRES & FRIEDMAN
MARK P. RESSLER
RONALD ROSSI

By: _____Mark P. Ressler_____
Attorneys for Defendants

STIPULATION RE BRIEFING OF MOTION TO STAY
ENFORCEMENT OF STIPULATED JUDGMENT          CASE NO. C-06-2064-JW

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

The Court GRANTS the parties' Stipulation. Defendants' reply brief in support of their motion to stay enforcement of the stipulated judgment shall be submitted on or before **July 24, 2009.** The Court notes that it was Defendants who requested an expedited schedule for this Motion. Accordingly, the Court grants Defendants a one-week extension to file their Reply or resolve this dispute with Plaintiff.

Dated: July 17, 2009

_____
Hon. James Ware
United States District Court
Northern District of California