

IT IS SO ORDERED

Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>            Plaintiff,<br>vs.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, a corporation; HVB STRUCTURED FINANCE, INC., a corporation; DOMENICK MARIO DEGIORGIO, an individual; RANDALL S. BICKHAM, an individual; SKYLINE ADVISORY SERVICES, LLC, a limited liability corporation; and DOES ONE through THIRTY, inclusive,<br><br>            Defendants. | CASE NO. C-06-2064-JW<br><br>[~~PROPOSED~~] ORDER FOR STAY IN EXECUTION OF THE STIPULATED JUDGMENT |

[~~PROPOSED~~] ORDER

Pursuant to the Court's August 3, 2009 Order, and having considered the $18,125,000.00 supersedeas bond obtained by the Defendants, a copy of which is attached hereto, the Court

hereby orders the enforcement and execution of the Stipulated Judgment STAYED for the duration of Defendants' appeal.

SO ORDERED.

DATED: September 11, 2009

*James Ware*

The Honorable James Ware
United States District Judge

Bond No. ___K08309735___

IN THE UNITED STATES DISTRICT COURT
FOR THE ___Northern___ DISTRICT OF ___California___

| | |
|---|---|
| John Rezner<br>Plaintiff<br><br>vs. HVB Structured Finance, Inc., dba HVB U.S.<br>Finance Inc. and Bayerische Hypo-und Vereinsbank AG<br>Defendant. | CIVIL ACTION<br><br>NO. 06-2064 |

### SUPERSEDEAS BOND

KNOW ALL MEN BY THESE PRESENTS, That we _____
___HVB Structured Finance, Inc., dba HVB U.S. Finance Inc. and Bayerische Hypo-und Vereinsbank AG___
the above named Plaintiff/Defendant, as principal, and _____
___Westchester Fire Insurance Company___
as surety, are held and firmly bound unto ___John Rezner___
Plaintiff/Defendant, in the full and just sum of _____
___Eighteen Million One Hundred Twenty Five Thousand and 00/100___ ($ ___18,125,000.00___) Dollars, to be paid to the said Plaintiff/Defendant, ___John Rezner___
certain attorney, successors, executors, administrators or assigns; to which payment to be well and truly made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, by these presents.

Sealed with our seals and dated this ___3rd___ day of ___September___, A.D. ___2009___.

WHEREAS, on ___June 1___, ___2009___, a Judgment was rendered in favor of the above named obligee, and the said Plaintiff/Defendant has/had appealed from said judgment to the United States Court of Appeals for the ___Ninth___ Circuit; and

WHEREAS, the said Plaintiff/Defendant desire a stay of all proceedings in the above entitled cause until the determination of the said appeal;

NOW, THEREFORE, the condition of this obligation is such that if the said ___HVB Structured Finance, Inc., dba HVB U.S. Finance Inc. and Bayerische Hypo-und Vereinsbank AG___ as appellant, shall prosecute an appeal with effect and shall satisfy the said Judgment in full together with costs, interest and damages for delay if said appeal is dismissed or if the Judgment is affirmed, and shall satisfy in full such modification of the Judgment and costs, interest and damages as may be adjudged and awarded by the Appellate Court, then this obligation to be void; otherwise to remain in full force and effect.
Westchester Fire Insurance Company, as Surety, shall be liable for up to the amount of the bond.

HVB Structured Finance, Inc., dba HVB U.S. Finance Inc.
and Bayerische Hypo-und Vereinsbank AG
_____ (L.S.)
BY: _____ (L.S.)
Westchester Fire Insurance Company

James Nicholas       Attorney-in-Fact

ORDER

_____
The foregoing bond is hereby approved and is to stand as a supersedeas until the final determination of the appeal.

James Ware