IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John C. Rezner, | NO. C 06-02064 JW |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| v. | |
| Bayerische Hypo-Und Vereinsbank AG et al, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **February 28, 2011 at 10:00 AM** (30 days from date of remand). On or before **February 18, 2011** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: January 4, 2011

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen Ruby ruby@allenrubylaw.com
Allyson Stacy Taketa ataketa@fulbright.com
Christopher Casey John McNamara cmcnamara@kasowitz.com
Jennifer Lee Jonak jenny@jonak.com
Joseph Hanho Park jpark@fulbright.com
Mark P. Ressler mressler@kasowitz.com
Melissa Mac Pherson mmacpherson@fulbright.com
Michelle Lee Landry mlandry@kasowitz.com
Ronald R. Rossi rrossi@kasowitz.com
Steven J. Brady bradydesk@yahoo.com
Tarifa B Laddon tladdon@fulbright.com
William M. Goodman wgoodman@kasowitz.com
William M. Lukens wlukens@lukenslaw.com

**Dated: January 4, 2011**                          **Richard W. Wieking, Clerk**

                                              **By:     /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**