United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| John N. Rezner, | NO. C 06-02064 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING BRIEFING SCHEDULE** |
| v. | |
| Bayerische Hypo-Und Vereinsbank AG, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on February 28, 2011. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (See Docket Item No. 460.) Upon review, the Court finds that a dispute exists between the parties regarding the nature and scope of the Court of Appeals for the Ninth Circuit's Opinion that affirmed in part, reversed in part, vacated in part and remanded the Stipulated Final Judgment entered by the Court on June 16, 2009. Specifically, Plaintiffs contend that the case is ready for trial after the Ninth Circuit remand while Defendants contend that the Ninth Circuit's Opinion mandates dismissal of Plaintiff's RICO claim and the Court should decline supplemental jurisdiction over Plaintiff's remaining state law claims. (Joint Statement at 13-16.)

Accordingly, the Court VACATES the Case Management Conference and sets the following briefing schedule for the parties to address the impact of the Ninth Circuit's decision on this case:

(1) Defendants shall file its Motion to dismiss the action in its entirety on or before **March 4, 2011**.

1  (2) Plaintiff shall file an Opposition to Defendants' Motion on or before **March 18, 2011.**

2  (3) Defendants shall file a Reply to Plaintiff's Opposition on or before **March 25, 2011.**

3  (4) A hearing on Defendants' anticipated Motion to dismiss the action in its entirety is set for **April 18, 2011 at 9 a.m.**

Dated: February 23, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allen Ruby ruby@allenrubylaw.com
Allyson Stacy Taketa ataketa@fulbright.com
Christopher Casey John McNamara cmcnamara@kasowitz.com
Jennifer Lee Jonak jenny@jonak.com
Joseph Hanho Park jpark@fulbright.com
Mark P. Ressler mressler@kasowitz.com
Melissa Mac Pherson mmacpherson@fulbright.com
Michelle Lee Landry mlandry@kasowitz.com
Ronald R. Rossi rrossi@kasowitz.com
Steven J. Brady bradydesk@yahoo.com
Tarifa B Laddon tladdon@fulbright.com
William M. Goodman wgoodman@kasowitz.com
William M. Lukens wlukens@lukenslaw.com

**Dated:  February 23, 2011**                               **Richard W. Wieking, Clerk**

                                                            **By:      /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California