Mark P. Ressler
mressler@kasowitz.com
Ronald R. Rossi
rrossi@kasowitz.com
Michael A. Hanin
mhanin@kasowitz.com
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, New York  10019
Telephone:     (212) 506-1700
Facsimile:      (212) 506-1800

*Attorneys for Defendants*

**DENIED**
Judge James Ware
4/5/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BAYERISCHE HYPO-UND<br>VEREINSBANK AG, a corporation, et al.;<br><br>　　　　　Defendants. | Case No.  C-06-2064-JW RS<br><br>**STIPULATION TO RESCHEDULE HEARING ON DEFENDANTS' MOTION TO DISMISS, AND PROPOSED ORDER**<br><br>Date: April 18, 2011<br>Time: 9:00am<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |

　　　　WHEREAS, in its February 23, 2011 Order in the above-captioned action, the Court set the hearing date on Defendants' Motion To Dismiss Pursuant to the Ninth Circuit's Opinion ("Defendants' Motion") for April 18, 2011 at 9:00 a.m.;

　　　　WHEREAS, Defendants' counsel is unavailable to appear on April 18, 2011, and the next available date on which both parties are available is May 23, 2011;

WHEREAS, on March 31, 2011, counsel for both parties conferred with the Court's clerk, who advised that May 23, 2011 may be available on the Court's calendar for a hearing on Defendants' Motion; THEREFORE,

The parties hereby stipulate and agree to a May 23, 2011 hearing date for Defendants' Motion, and respectfully request that the Court enter the attached order rescheduling the hearing date for May 23, 2011, subject to the Court's schedule and availability.

SO STIPULATED AND AGREED.

Dated: April 4, 2011        JONAK | PUGH

By: /s/ Jennifer L. Jonak
    Jennifer L. Jonak
    Louis H. Pugh
    *Attorneys for Plaintiff*

Dated: April 4, 2011        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: /s/ Ronald R. Rossi
    Mark P. Ressler
    Ronald R. Rossi
    Michael A. Hanin
    *Attorneys for Defendants*

IT IS SO ORDERED
Due to the Court's own unavailability, the Court cannot accommodate the parties' proposed date.

Dated: April 5, 2011

*[signature: James Ware]*

JAMES WARE, United States District Chief Judge

Kasowitz, Benson, Torres & Friedman LLP
Attorneys At Law

Stipulation to Reschedule Hearing On Defendants' Motion To Dismiss; Case No. 06-cv-2064

- 2 -