IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| John C. Rezner, | NO. C 06-02064 JW |
| Plaintiff, <br> v. | **ORDER VACATING PRETRIAL CONFERENCE** |
| Bayerische Hypo-Und Vereinsbank AG, et al., | |
| Defendants. | |

This case is scheduled for a Pretrial Conference on July 2, 2012. However, there are currently pending two cross-motions for summary judgment, which are set for a hearing on June 25, 2012. (See Docket Item Nos. 506, 514.) In light of the pending cross-motions for summary judgment, the Court finds that the July 2 Pretrial Conference is premature.

Accordingly, the Court VACATES the July 2 Pretrial Conference. The Court will set a further Pretrial Conference in its order addressing the cross-motions for summary judgment, if necessary.

Dated: May 30, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allyson Stacy Taketa ataketa@fulbright.com
Christopher Casey John McNamara cmcnamara@kasowitz.com
Jennifer Lee Jonak jenny@jonak.com
Joseph Hanho Park jpark@fulbright.com
Mark P. Ressler mressler@kasowitz.com
Melissa Mac Pherson mmacpherson@fulbright.com
Michelle Lee Landry mlandry@kasowitz.com
Paul B. Meltzer meltzerlaw@aol.com
Ronald R. Rossi rrossi@kasowitz.com
Steven J. Brady bradydesk@yahoo.com
Tarifa B Laddon tladdon@fulbright.com
William M. Goodman wgoodman@kasowitz.com

**Dated: May 30, 2012**                                **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers
          William Noble
          Courtroom Deputy**