```
 1 | JENNIFER L. JONAK (SBN 191323)
   |    Email: jjonak@jonakpughlaw.com
 2 | LOUIS H. PUGH (SBN 208555)
   |    Email: lpugh@jonakpughlaw.com
 3 | JONAK | PUGH
   | 388 Market Street, Suite 1300
 4 | San Francisco, CA 94111
   | Telephone: (415) 335-4435
 5 | Facsimile: (415) 360-2468
 6 | Attorneys for Plaintiff John C. Rezner
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNICREDIT BANK AG (f/k/a Bayerische Hypo-Und Vereinsbank AG), a corporation, and UNICREDIT U.S. FINANCE LLC (f/k/a HVB Structured Finance, Inc.), a Delaware Limited Liability Company;<br><br>Defendants. | Case No. 5:06-cv-2064 VC<br><br>**NOTICE OF SUBSTITITION OF COUNSEL;** [~~PROPOSED~~] **ORDER** |

---

NOTICE OF SUBSTITUTION OF COUNSEL (Case No. 06-cv-2064 VC)

1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff John C. Rezner hereby substitutes co-counsel of record Paul B. Meltzer and the Law Offices of Paul B. Meltzer, P.C., 740 Front Street, Suite 325, Santa Cruz, California 95060, who hereby withdraws as co-counsel, with the following counsel:

> Joseph W. Cotchett, Esq.
> jcotchett@cpmlegal.com
> Nancy L. Fineman, Esq.
> nfineman@cpmlegal.com
> COTCHETT, PITRE & MCCARTHY, LLP
> 840 Malcolm Road
> Burlingame, California 94010
> Tel: (650) 697-6000
> Fax: (650) 697-0577

Plaintiff shall continue to be represented by JONAK | PUGH, and all pleadings, notices, and orders directed to Plaintiff should be henceforth served on both JONAK | PUGH and COTCHETT, PITRE & MCCARTHY, LLP.

I hereby consent to this withdrawal and substitution of counsel.

DATED: November 24, 2014

By: _____
Plaintiff John C. Rezner

I hereby consent to this substitution of counsel.

DATED: November 24, 2014

JONAK | PUGH
Jennifer L. Jonak
Louis H. Pugh

By: ___/s/ Jennifer L. Jonak___
Attorneys for Plaintiff John C. Rezner

NOTICE OF SUBSTITUTION OF COUNSEL (Case No. 06-cv-2064 VC)
2

1  I hereby consent to this substitution of counsel.

2  DATED: November 25, 2014

   LAW OFFICES OF PAUL B. MELTZER, P.C.

   By: _____
        Paul B. Meltzer

8  I hereby consent to this substitution of counsel.

9  DATED: November 10, 2014

   COTCHETT, PITRE & McCARTHY, LLP

   By: _____
        Joseph W. Cotchett

14 **IT IS SO ORDERED.**

16 DATED: December 17, 2014

**IT IS SO ORDERED**

Judge Vince Chhabria

*United States District Court, Northern District of California (seal)*

NOTICE OF SUBSTITUTION OF COUNSEL (Case No. 06-cv-2064 VC)

3