UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN N. REZNER, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>BAYERISCHE HYPO-UND VEREINSBANK AG, et al.,<br><br>   Defendants. | Case No.  06-cv-02064-VC<br><br>**ORDER GRANTION MOTION FOR LEAVE**<br><br>Re: Dkt. No. 567 |

  The motion for leave to amend is granted. Because the defendants have not identified any new discovery that would be necessitated by the fourth amended complaint, the schedule adopted at the January 20, 2015 case management conference remains in force.

  However, if defendants wish to supplement their motion to dismiss and motion for summary judgment to account for the new statutory citations in Rezner's complaint, they may file a ten-page supplemental brief by Wednesday, February 18. Rezner's opposition remains due on February 24, and the same page limit still applies to the opposition.

  **IT IS SO ORDERED**.

Dated: February 11, 2015

_____
VINCE CHHABRIA
United States District Judge