UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>UNICREDIT BANK AG (f/k/a Bayerische Hypo-Und Vereinsbank AG); UNICREDIT U.S. FINANCE LLC (f/ka/ HVB Structured Finance, Inc.),<br><br>      Defendants. | Case No.  06-CV-2064 (VC)<br><br>**[~~PROPOSED~~] SEALING ORDER**<br><br>**Hon. Vince Chhabria**<br>**Courtroom 4, 17th Floor** |

This matter coming before the Court on defendants UniCredit Bank AG's and UniCredit U.S. Finance LLC's ("Defendants") Administrative Motion to File Portions of A Document Under Seal.  Upon consideration of the pleading and declarations, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

Defendants' Administrative Motion to File Portions of A Document Under Seal is GRANTED.  The unredacted copy of the Amended Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's RICO Claim and for Summary Judgment on Plaintiff's UCL Claim shall be filed under seal.  The redacted version of that document shall be placed in the public file.

**IT IS SO ORDERED.**

Dated: February 19, 2015

_____
HON. VINCE CHHABRIA
United States District Judge