UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNICREDIT BANK AG (f/k/a Bayerische Hypo-Und Vereinsbank AG); UNICREDIT U.S. FINANCE LLC (f/ka/ HVB Structured Finance, Inc.),<br><br>　　　　　　Defendants. | Case No.  06-CV-2064 (VC)<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**Hon. Vince Chhabria<br>Courtroom 4, 17th Floor** |

This matter coming before the Court on defendants UniCredit Bank AG's and UniCredit U.S. Finance LLC's ("Defendants") Administrative Motion to File Portions of Documents Under Seal. Upon consideration of the pleading and declarations, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

Defendants' Administrative Motion to File Portions of Documents Under Seal is GRANTED. The unredacted copies of the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiff's RICO Claim and for Summary Judgment on UCL Claim, and Exhibits 10, 17, 27-31, and 37-39 to the Declaration of Mark P. Ressler in support thereof shall be filed under seal. The redacted versions of those documents shall be placed in the public file.

**IT IS SO ORDERED.**

Dated:  February ~~10~~ 20, 2015

_____
HON. VINCE CHHABRIA
United States District Judge