UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN N. REZNER,

    Plaintiff,

v.

HVB AMERICA , INC., et al.,

    Defendant.

Case No. 06-cv-02064-VC

**ORDER OF DISMISSAL**

The Court has been advised by Magistrate Judge Jacqueline Scott Corley that the parties have resolved this case through a settlement conference. (Dkt. No. 642).  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All trial dates, deadlines and hearings in the case are vacated.  Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: May 6, 2015

VINCE CHHABRIA  
United States District Judge