UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNICREDIT BANK AG (f/k/a Bayerische Hypo-Und Vereinsbank AG); UNICREDIT U.S. FINANCE LLC (f/ka/ HVB Structured Finance, Inc.),<br><br>　　　　　　Defendants. | Case No.  06-CV-2064 (VC)<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**Hon. Vince Chhabria<br>Courtroom 4, 17th Floor** |

This matter coming before the Court on defendants UniCredit Bank AG's and UniCredit U.S. Finance LLC's ("HVB") Administrative Motion to File Documents Under Seal (the "Motion").  Upon consideration of the pleading and declarations, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

The Motion is GRANTED.  The unredacted copies of HVB's Opposition to Plaintiff's Motion *In Limine* No. 4, and Exhibits 1-4 and 6-7 to the Declaration of Mark P. Ressler in support of HVB's opposition to plaintiff John C. Rezner's motions *in limine* nos. 1-5 shall be filed under seal.  The redacted versions of those documents shall be placed in the public file.

**IT IS SO ORDERED.**

Dated: ~~April 13~~ May 8, 2015

_____
HON. VINCE CHHABRIA
United States District Judge