**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN C. REZNER, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNICREDIT BANK AG (f/k/a Bayerische Hypo-Und Vereinsbank AG); UNICREDIT U.S. FINANCE LLC (f/ka/ HVB Structured Finance, Inc.),<br><br>　　　　　　　Defendants. | Case No.  06-CV-2064 (VC)<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**Hon. Vince Chhabria**<br>**Courtroom 4, 17th Floor** |

This matter coming before the Court on defendants UniCredit Bank AG's and UniCredit U.S. Finance LLC's ("HVB") Administrative Motion to File Portions of Documents Under Seal (the "Motion").  Upon consideration of the pleading and declarations, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

The Motion is GRANTED.  The unredacted copies Exhibits 24 and 28 to the Declaration of Mark P. Ressler in support of HVB's motions *in limine* nos. 1-5 shall be filed under seal.  The redacted versions of those documents shall be placed in the public file.

**IT IS SO ORDERED.**

Dated: ~~April 13~~ May 8, 2015

　　　　　　　　　　　　　　　　　／s／ Vince Chhabria
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. VINCE CHHABRIA
　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28